USMS-N/OK RCVD:
MAY 12 2026 PM12:21



FILED
MAY 13 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for the
Northern District of Oklahoma

United States of America
v.
MELISA SUSAN KYLE
*Defendant*

Case No. 26-MJ-416-JFJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MELISA SUSAN KYLE
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a) and 841(b)(1)(A)(viii) Possession of Methamphetamine with Intent to Distribute

Date: 5/12/26, 10:15 AM

Jodi Jayne
*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Jodi F. Jayne, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 5-12-2026 , and the person was arrested on *(date)* 5-12-2026
At *(city and state)* TULSA OK
Date: 5-12-2026

[signature]
*Arresting officer's signature*

EVAN FOSTER DEA TFO
*Printed name and title*

TM/ag