**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Melisa Susan Kyle,<br>Defendant(s). | Case No.: 26-mj-00416-JFJ-1<br>Date: 5/18/2026<br>Court Time: 2:31pm - 2:32pm<br><br>**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING** |

Jodi F. Jayne, U.S. Magistrate Judge    A. Nance, Deputy Clerk    Magistrate Courtroom 1

Interpreter: ______________ ☐ Sworn

Counsel for Plaintiff: Tyson McCoy

Counsel for Defendant: Robert Williams FPD

Case called for: ☒ Detention Hearing, ☒ Preliminary Hearing;

☒ Defendant appears in custody with counsel;

Defendant waives: ☒ Preliminary Hearing ☒ Detention Hearing, waiver(s) executed;

☐ Government withdraws their Motion for Detention # 3 ;

☐ Defense counsel stipulates there is probable cause;

☐ Proffer(s) made;

☐ Witness(es) sworn and testimony given;

☐ Arguments heard;

☐ Court Finds Probable Cause;

Motion for Detention (Dkt # 3 ): ☐ granted, ☐ denied, ☒ moot;

☐ Court finds there are conditions which defendant can be released; Defendant ordered released;

☐ Bond set at ______________ Bond and Conditions of Release executed;

☒ Defendant detained and remanded to custody of U.S. Marshal, ☐ Detention Order to be entered;

☐ Exhibit(s) returned to counsel.

Additional Minutes:

Government's Witnesses:

Defendant's Witnesses:

Government's Exhibits:

Defendant's Exhibits: