FILED

MAY 19 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MELISA SUSAN KYLE,**<br>**a/k/a "Melisa Susan Vodden,"**<br><br>**Defendant.** | **Case No.** 26 CR 189 - SEH<br><br>**INDICTMENT**<br>**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession of Methamphetamine with Intent to Distribute;**<br>**Forfeiture Allegation: 21 U.S.C. § 853 – Drug Forfeiture]** |

**THE GRAND JURY CHARGES:**

On or about May 10, 2026, in the Northern District of Oklahoma, the defendant, **MELISA SUSAN KYLE**, a/k/a "Melisa Susan Vodden," knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## FORFEITURE ALLEGATION
**[21 U.S.C. § 853]**

The allegation contained in this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of the offense alleged in this Indictment, as a part of the sentence, the defendant, **MELISA SUSAN KYLE**, a/k/a "Melisa Susan Vodden," shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violation and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law. The property to be forfeited includes, but is not limited to:

**CURRENCY**

Approximately $7,000 in United States currency seized from **MELISA SUSAN KYLE**, a/k/a "Melisa Susan Vodden," by law enforcement on May 10, 2026.

All pursuant to Title 21, United States Code, Section 853.

CLINTON J. JOHNSON
United States Attorney

TYSON J. MCCOY
Assistant United States Attorney

A TRUE BILL

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson