**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MELISA SUSAN KYLE,**<br><br>**Defendant.** | **Case No. 26-CR-189-SEH** |

## UNOPPOSED MOTION FOR DETENTION HEARING

The Defendant, Melisa Susan Kyle, by and through her attorney, Robert S. Williams, and pursuant to 18 U.S.C. § 3142(f)(2) moves this Court to set a Detention Hearing stating in support as follows:

1. The Government does not oppose the Detention Hearing but does oppose the release of Melisa Kyle.

2. The Government charged Ms. Kyle with controlled substance violations by Complaint (Doc. #1) on May 12, 2026.

3. The Government filed a Motion for Detention (Doc. #3) on May 12, 2026.

4. Ms. Kyle appeared for the initial appearance on the Complaint on May 12, 2026, and the Court set a Detention Hearing on May 18, 2026.

5. On May 18, 2026, Ms. Kyle did not have a release plan approved by the United States Probation Office. She executed a waiver of Detention Hearing (Doc. #12), and she informed the Court that a Motion for a Detention Hearing would be filed if there was a material change in circumstance.

6. On May 19, 2026, the Government obtained a single-count Indictment charging Ms. Kyle with a violation of 18 U.S.C. § 841(b)(1)(A)(viii).

7. Ms. Kyle applied to the Catalyst Drug Treatment Program through the United States Probation Office. She has been accepted into that program, and a bed is available on May 27, 2026.

8. Ms. Kyle has also arranged for housing upon completion of the program in Grove, Oklahoma. This information has been verified by the United States Probation Office.

9. Ms. Kyle's acceptance into a drug treatment program and suitable housing is information that was not available on May 18, 2026, and this information has a material bearing on the issue of whether conditions exist that will reasonably assure her appearance and the safety of any other person and the community.

10. Ms. Kyle would ask the Court to set this matter for a Detention Hearing to determine if there are conditions that will ensure her appearance as required and safeguard the community.

Respectfully submitted,

OFFICE OF THE FEDERAL PUBLIC DEFENDER

JULIA L. O'CONNELL, FEDERAL PUBLIC DEFENDER

By: *s / Robert S. Williams*
Robert S. Williams, OBA #19974
ASSISTANT FEDERAL PUBLIC DEFENDER
One West Third Street, Suite 1225
Tulsa, Oklahoma 74103
(918) 581-7656
robert_williams@fd.org

**COUNSEL FOR MELISSA SUSAN KYLE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Tyson McCoy, AUSA
UNITED STATES ATTORNEY'S OFFICE

*s/ Robert S. Williams*
Robert S. Williams,
ASSISTANT FEDERAL PUBLIC DEFENDER