# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,
Plaintiff(s)

vs.

Case Number: 26-CR-189-SEH

MELISA SUSAN KYLE,
Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

The Defendant, Melisa Susan Kyle.

May 22, 2026
Date

s/ Christina L. Hunt
Signature

Type of Appointment: ☐ Retained ☐ CJA ☑ FPD ☐ Pro Bono ☐ Pro Se

Christina L. Hunt, GA Bar No. 378501
Print Name

The Office of the Federal Public Defender
Firm Name

One West Third Street, Ste. 1225
Mailing Address

GA Bar No. 378501
Oklahoma State Bar Number (If Applicable)

Tulsa
City

OK
State

74103
Zip Code

tina hunt@fd.org
e-mail address

(918) 581-7656
Phone Number

(918) 851-7658
Fax Number

## Certificate of Service

I hereby certify that on 05/22/2026 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Tyson J. McCoy, AUSA

I hereby certify that ____________ (Date), I served the same document by:

- ☐ U.S. Postal Service
- ☐ In Person Delivery
- ☐ Courier Service
- ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

s/ Christina L. Hunt

Signature