**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br><br>Melisa Susan Kyle,<br>Defendant(s). | Case No.: 26-cr-00189-SEH-1<br>Date: 5/28/2026<br>Court Time: 11:00 a.m. – 12:04 p.m.<br><br>**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING** |

Mark T. Steele, U.S. Magistrate Judge L. Tiefenthaler, Deputy Clerk Courtroom 5 Crt Rm 5

Interpreter: ______________ ☐ Sworn

Counsel for Plaintiff: Tyson McCoy

Counsel for Defendant: Christina Hunt FPD

Case called for: ☒ Detention Hearing, ☐ Preliminary Hearing;

☒ Defendant appears in custody with counsel;

Defendant waives: ☐ Preliminary Hearing ☐ Detention Hearing, waiver(s) executed;

☐ Government withdraws their Motion for Detention # ________;

☐ Defense counsel stipulates there is probable cause;

☒ Proffer(s) made;

☒ Witness(es) sworn and testimony given;

☒ Arguments heard;

☐ Court Finds Probable Cause;

Motion for Detention (Dkt # ): ☐ granted, ☐ denied, ☐ moot;

☐ Court finds there are conditions which defendant can be released; Defendant ordered released;

☐ Bond set at ______________ Bond and Conditions of Release executed;

☒ Defendant detained and remanded to custody of U.S. Marshal, ☒ Detention Order to be entered;

☐ Exhibit(s) returned to counsel.

Additional Minutes:
Case called for Motion Hearing re: Defendant's Motion (dkt #18). Motion unopposed. Motion granted. Detention Hearing held immediately.

Government's Witnesses:

Laura Domínguez DEA, 11:01 a.m. – 11:42 a.m.

Defendant's Witnesses:

Government's Exhibits:

Defendant's Exhibits: