**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br><br>Melisa Susan Kyle,<br>Defendant(s). | Case No.: 26-cr-00189-SEH-1<br>Date: 6/1/2026<br>Court Time: 2:39 p.m. – 2:41 p.m.<br><br>**MINUTE SHEET – SCHEDULING CONF** |

Sara E. Hill, U.S. District Judge    L. Lewis, Deputy Clerk    Winston Brown, Reporter    Crt Rm 3

Counsel for Plaintiff: Tyson John McCoy
Counsel for Defendant: Robert Scott Williams, FPD

**MINUTES**: Case called for Scheduling Conference. Defendant present and in custody. Discussion held regarding the scope and status of discovery. By agreement of the parties, this matter to be placed on the court's August docket, and all other trial deadlines will be set consistently by separate order. Defendant remanded to the custody of USM.