**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MELISA SUSAN KYLE,**
**a/k/a "Melisa Susan Vodden,"**

**Defendant.**

**Case No. 26-CR-189-SEH**

## Notification of Intent to Offer Expert Witness Testimony

The United States submits this Notice pursuant to Federal Rules of Evidence 702, 703, and 705, and Federal Rules of Criminal Procedure 16(a)(1)(G)(i).

The United States intends to call Timothy Wilson, a Federal Task Force Officer (TFO) for the Drug Enforcement Administration, assigned to the Tulsa, Oklahoma, Residence Office as an expert witness at trial. For a summary of his expert testimony, list of his prior expert testimony in the past four years, and his publication information, see attached Exhibit A. Officer Wilson's qualifications are outlined in his curriculum vitae attached as Exhibit B.

The Government reserves the right to question this expert about other matters that may be raised during cross-examination or based upon the testimony elicited from defense experts, if any, or other witnesses or evidence that the defense introduces at trial. To the extent the Court allows the defense the same right, the Government reserves the right to elicit any additional testimony that the experts are

qualified to provide should the need arise based on further developments in preparing for and during the trial.

Further, the United States requests reciprocal discovery pursuant to Rule 16(b) and (b)(1)(C)(i) and reserves the right to modify this notice.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

*/s/ Tyson McCoy*
Tyson McCoy, CA Bar #270782
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

**Certificate of Service**

I hereby certify that on the 9th day of June, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Robert Williams
*Defense Counsel for Melisa Kyle*

*/s/ Tyson McCoy*
Tyson McCoy
Assistant United States Attorney