## U.S. Department of Justice

Clinton J. Johnson
*United States Attorney*
*Northern District of Oklahoma*
*Tyson J. McCoy*
*Assistant United States Attorney*

*110 W 7th Street, Suite 300* *Telephone: (918) 382-2700*
*Tulsa, OK 74119* *Fax: (918) 560-7949*

May 29, 2026

Re: *United States v. Melisa Susan Kyle*
26-CR-189-SEH

Counsel:

In accordance with Federal Rule of Criminal Procedure 16(a)(1)(G), the government hereby discloses its intent to call the following expert witness in its case-in-chief to provide testimony pursuant to Federal Rules of Evidence 702, 703, and 705.

**Timothy Wilson**
**Drug Enforcement Administration (DEA) Task Force Officer (TFO)**

Below, please find: (1) a complete statement of opinions that the government presently intends to elicit from the above expert witnesses in its case-in-chief; (2) the bases and reasons for those opinions; (3) the expert witness's qualifications; and (4) the government's disclosure regarding the expert witness's prior expert testimony during the previous 4 years and publications authored in the previous 10 years, where applicable. *See* Fed. R. Evid. 16(a)(1)(G)(iii).

1. ***Statement of Opinion(s) and Bases/Reasons for Expert Opinion(s)***

The government intends to qualify and call DEA TFO Timothy Wilson as an expert in (1) drug trafficking organizations, specifically their establishment and operations; (2) drug sales and distribution generally, and methamphetamine specifically; (3) common terminology or slang for methamphetamine, and methamphetamine distribution and (4) common sales amount, packaging, price and

typical use amounts for methamphetamine.

In particular, TFO Wilson will testify and provide his opinion regarding the amount of methamphetamine distributed in this case (e.g., whether the amount is consistent with individual use or distribution), the packaging of narcotics recovered, and whether the packaging and amounts are consistent with distribution of narcotics. His opinion will be based upon the facts elicited by other witnesses and TFO Wilson's background, training, and experience as a narcotics investigator.

TFO Wilson will further testify regarding his opinions of drug trafficking activity observed by Tulsa County Sheriff Deputy Freddie Alaniz in his traffic stop of the defendant on May 10, 2026 on Interstate 44. TFO Wilson will testify the quantity of methamphetamine seized and its packaging is consistent with drug trafficking activity. He will further testify that drug trafficker will often use rental vehicles in trafficking drugs across states. He will also testify that the defendant's driving to drug source states and staying for a short duration of time is consistent with drug trafficking. He will further testify that the money located in the defendant's vehicle is consistent with drug trafficking activity.

TFO Wilson will testify that in his expert opinion the drugs possessed in the defendant's rental vehicle were possessed for the purpose of distribution. TFO Wilson will base his testimony on the evidence seized in this case and the testimony and evidence presented at trial.

TFO Wilson will testify that he has been a police officer with the Tulsa Police Department (TPD) and have been so employed for over twenty-seven (27) years. He is presently assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer (TFO).

Since becoming a Narcotics Detective with TPD Special Investigations Division (SID), TFO Wilson has participated in wire and physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefings of informants and reviews of taped conversations and drug records. Through his training, education and experience, he has become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payment for such drugs.

TFO Wilson has participated in over 700 drug-related criminal investigations. He has authored both federal and state search warrants, participated in Title III investigations, purchased drugs and narcotics ("controlled dangerous substances") in an undercover capacity and executed controlled deliveries of controlled substances. Through his training and experience, TFO Wilson is knowledgeable about drug trafficking organizations and their members. He has interviewed hundreds of offenders involved in the use, manufacture, transportation, and illegal sale of controlled dangerous substances.

TFO Wilson has also acted as a primary investigator in several complex conspiracy cases prosecuted within the federal justice system. He also routinely

teaches a Narcotics Law class for each Tulsa Police Academy class and has trained other narcotic detectives within the Tulsa Police Departments Special Investigations Division (SID). He spent four years as a Task Force Officer with Safe Streets Task Force with the Federal Bureau of Investigation.

TFO Wilson will testify he has completed the following:

- Oklahoma State Bureau of Investigations Clandestine Laboratory Basic Safety Certification and Clandestine Laboratory Site Safety Officer courses, presented by Network Environmental Systems;
- DEA Basic Narcotics Investigator School;
- Network Environmental Systems Clan Lab school;
- Advanced Undercover Narcotics School;
- Southwest Border Intelligence School, presented by the Midwest Counter-Drug Training Center;
- Outlaw Motorcycle Gang school, presented by the Midwest Counter-Drug Training Center;
- Complex Conspiracies school, presented by the Midwest Counter-Drug Training Center;
- Certified Undercover Employee coursework by Federal Bureau of Investigation.

He will also testify he has completed formal training in narcotics investigations from TPD and informal training from more experienced narcotics officers.

2. ***Prior Expert Testimony***

TFO Wilson has testified as an expert in the following cases within the past 4 years:

a. United States of America v. Kamau Williams

Case No. 4:21CR98

Tulsa, OK – Northern District of Oklahoma, 2021

b. United States of America v. Morgan Kirby

Case No. 24-CR-214-JDR

Tulsa, OK – Northern District of Oklahoma, 2025

**3. *Publications***

TFO Wilson has not authored any publications within the past 10 years.

*Witness Approval and Signature*

I have reviewed and approve of the summary of my anticipated testimony.

Dated: June 2, 2026

Tim Wilson

Timothy Wilson
Task Force Officer
Drug Enforcement Agency

*Potential for additional testimony*

The government reserves the right to question the expert regarding other matters that may be raised during cross-examination by the defendant, based upon testimony elicited from any defense expert or lay witness, if any, or based upon the evidence introduced by either defendant. To the extent the Court allows the defendant the same right, the government reserves the right to elicit any additional testimony that the expert is qualified to provide should the need arise based on further developments in preparing for, and during, trial.

The government also reserves the right, within the limitations set by law and with the Court's permission, to amend this notice if the defense provides additional disclosures, and to call additional expert witnesses if the need arises after the date of this filing.

*Reciprocal Disclosures*

Pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, the government hereby requests reciprocal disclosure from the defendant of any testimony the defendant intend to use at trial under Rule 702, 703, and/or 705 of the Federal Rules of Evidence.

Sincerely,

Clinton J. Johnson
United States Attorney

*/s/ Tyson J. McCoy*
Tyson J. McCoy, CA Bar No. 270782
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700