# Tim D. Wilson
CURRICULUM VITAE

## Contact Information:

Tulsa Police Department
600 Civic Center
Tulsa, OK. 74133
Office: (918) 586-6328
Cell: (918) 271-4966
Fax: (918) 669-6846
Email: twilson@cityoftulsa.org

## Education:

- **Bachelor of Arts Degree in Criminal Justice**
  *East Central University 1998*
- **Minor - Sociology**
  *East Central University 1998*

## Occupation:

- **Police Officer** 1998 to present.
  *Tulsa Police Department Tulsa, OK*

## Areas of Specialty:

- Conspiracies
- Hispanic Drug Trafficking Organizations
- Search Warrant Preparation
- Interviews & Interrogations
- Courtroom Testimony

## Assignment History:

- Twenty-Six (26) Years Sworn Law Enforcement Officer Tulsa Police Dept. 1998-Present
- *Task Force Officer for DEA 01.2021 - present*
- *Task Force Officer for FBI 09/2016 – 01/2021*
- Narcotics Investigator – Special Investigations Division 2005-2016
- Public Education Unit – Training Division 2004-2005
- Uniform Division North - Patrol 2004
- Uniform Division Southwest - Patrol 2003-2004
- Uniform Division East - Street Crimes Unit 2001-2003
- Uniform Division East - Patrol 1998-2001

## Certifications:

2018: **CLEET Instructor Course**
Tulsa Police Department

2018: **FBI Undercover Employee (UCE)**
Federal Bureau of Investigations

2005: **Clandestine Lab Response Team**
*Network Environmental Systems*

2004: **Field Training Officer**
*Tulsa Police Department*

09/02: **Presumptive Narcotics Field Test**
*Tulsa Police Department 2 hours*

## Investigations / Crime Scene Training (Job Specific):

05/14: **2014 Investigators Conference**
*National Criminal Enforcement Association, Tulsa Ok.*

08/13: **Aquatic Death / Homicide Investigations**
*Training Division 8 hours*

06/12: **Managing Criminal Conspiracies**
*Oklahoma City Police Department 16 hours*

01/12: **Eye Witness Line-ups**
*Council on Law Enforcement Education and Training (CLEET) 8 hours*

10/10: **Evidence Based Sexual Assault Training**
*Tulsa Police Department 6 hours*

08/10: **Death Notification**
*Council on Law Enforcement Education and Training (CLEET) 1 hour*

05/10: **Search and Seizure**
*Training Division 4 hours*

12/08: **Search and Seizure**
*Council on Law Enforcement Education and Training (CLEET) 8 hours*

05/00: **Interviews and Interrogations**
*Council on Law Enforcement Education and Training (CLEET) 16 hours*

1996: **Criminal Interrogations** (Reid Technique)
*East Central University 1 semester*

## Additional Law Enforcement Training:

05/12: **Drug Trafficking Investigations**
*Law Enforcement Associates, Nashville TN. 36 hours*

2009: **Outlaw Motorcycle Gang Conference**
*International Association of Undercover Officers 40 hours*

2008: **Advanced Undercover Operations**
*International Association of Undercover Officers 40 hours*

2007: **Undercover Operations**
*International Association of Undercover Officers 40 hours*

2005: **Basic Drug Enforcement Administration School**
*Training Division 40 hours*

2001: **AONE**
*Association of Oklahoma Narcotic Enforcers*

1999: **Courtroom Testimony**
*Training Division 2 hours*

## Professional Affiliations:

- International Association of Undercover Officers 2007-present
- Association of Oklahoma Narcotic Enforcers 2001-present
- Fraternal Order of Police 98-Present

## Presentations and Instructional Experience:

2012: **Narcotic Law** 2012-present
*Tulsa Police Academy*
*Tulsa Police Reserve Academy*

12/05: **Penal Code Title 27**
*Tulsa Police Academy*

04/10: **Special Investigations Division Training Officer**
*Special Investigations Division 2006-present*

2005: **Public Education Unit**
*Central High School*

2004: **Public Education Presentation**
*East Central High School*

2004: **Public Education Presentation**
*Bank of America*

2004: **Public Education Presentation**
*Mazzio's Pizza 61st and Sheridan*

11/04: **Tulsa Police Presentation**
*Berryhill Elementary School*

## Awards / Commendations:

**Medal of Valor from Tulsa Police Department**
2020

**Eight (8) Letters of Commendation**

*1998-present*

**Law Enforcement Student of the Year**
*East Central University 1998*