**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MELISA SUSAN KYLE,**<br>**a/k/a "Melisa Susan Vodden,"**<br><br>**Defendant,** | **Case No. 26-CR-189-SEH** |

## United States' Notice of Intent to Introduce Testimony Pursuant to Rule 16(a)(1)(G) of the Federal Criminal Rules of Procedure

The United States gives notice, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), of its intent to introduce testimony at trial of Senior Forensic Chemist, Jay R. Hopenwasser, with the Drug Enforcement Administration, as an expert witness in chemical drug analysis. Under Federal Rules of Evidence 702, 703, and 705, Jay Hopenwasser will testify consistently with his report of analysis in LIMS report number 2026-SFL6-05084, Exhibit 1. Jay Hopenwasser's qualifications, prior expert testimony in the last four years, and publication are outlined in Attachment A, curriculum vitae for Jay Hopenwasser. Jay Hopenwasser's anticipated testimony regarding his analysis in this case is contained in Attachment B of this notice.

The United States requests reciprocal discovery pursuant to Rule 16(b) and (b)(1)(C)(i), and the government reserves the right to supplement this notice as needed.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Tyson J. McCoy*
Tyson J. McCoy, CA Bar 270782
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a notice to the following ECF recipient:

Robert Williams
*Counsel for Defendant*

*/s/Tyson J. McCoy*
Tyson J. McCoy
Assistant United States Attorney