Jay Hopenwasser
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Senior Forensic Chemist
South Central Laboratory
Dallas, TX

## AREA OF EXPERTISE

**Forensic Discipline**

Seized Drug Analysis

**Expert Testimony**

Testified on apporoximately thirty-nine occasions. In the last four years, have testified on the following occasions:

- U.S. District: docket number CR-25-29-JFH, Muskogee, Oklahoma (September 2025)
- U.S. District: docket number 24-2603-EG, Del Rio, Texas (August 2025)
- State of Texas: case number: 1842550, Houston, Texas (August 2025)
- U.S. District: docket number 25-CR-00879 JB, Albuquerque, New Mexico (August 2025)
- U.S. District: docket number 2:23-CR-69-Z, Amarillo, Texas (April 2024)
- U.S. District: docket number 1:23-CR-00032 WJ, Albuquerque, New Mexio (April 2024)
- U.S. District: docket number P-23-CR-416, Pecos, Texas (Twice in January 2024)
- U.S. District: docket number 2:21-CR-096-Z, Amarillo, Texas (January 2023)
- State of Mississippi District Court: docket number 33CII:20-cr-40-PH, Prentiss, MS (February 2022)
- U.S. District: docket number 7:21-CR-025, Midland, Texas (March 2021)

## PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**

*Senior Forensic Chemist, South Central Laboratory (Dallas, Texas), 01/06 – Present*

- Analyzed more than 5660 pieces of evidence for the presence or absence of a controlled substance.
- Conduct qualitative and quantitative analysis with analytical instrumentation that includes Gas Chromatograph/Mass Spectrometer (GC/MS), Gas Chromatography/Flame Ionization Detector (GC/FID), Gas Chromatograph/Infrared Detector (GC/IRD), High Performance Liquid Chromatograph (HPLC), Ultra Performance Liquid Chromatograph (UPLC), Infrared Spectrometer (IR), Liquid Chromatograph/Mass Spectrometer (LC/MS), Nuclear Magnetic Resonance Spectrometer (NMR), and Ultraviolet-Visible Spectrometer (UV/Vis).
- Perform monthly maintenance of analytical instrumentation.
- Provide assistance in accessing and processing clandestine laboratory seizure sites.
- Provide expert testimony in U.S. federal and state courts.
- Provide training to local, state, and federal law enforcement.
- South Central Laboratory Field Training Coordinator
- Served on Quality Assurance Committee.
- Served on Instrument Committee.
- Served on Forensic Chemist Technical Advisory Committee (FCTAC).
- STARLIMS DEA South Central Lab Subject Matter Expert (SME)
- DEA South Central Lab LabX SME

- Training Officer at the South Central Lab
- Serve on the LabX Working Group
- Served on committee to interview new DEA chemists (2018)

*Training*

- Training Coordinator Training (Quantico, VA) 2024
- Advainced Chemist Methamphetamine Training (Quantico, VA) 2024
- Advanced Chemist Fentanyl Training (Quantico, VA), 2023
- Advanced Site Safety Officer Training (Quantico, VA), 2019
- Advanced LabX Balance software Training (Columbus, OH), 2018 and 2024
- qTOF LC/MS Training (Dallas, TX), 2018
- GC/MS LTM Training (Dallas, TX), 2016
- qTOF LC/MS Training (Houston, TX), 2016
- Emerging Trends in Synthetic Drugs Workshop (Dallas, TX), 2013
- American Academy of Forensic Sciences Conference (Washington D.C.), 2013
- Instructor Development School (Quantico, VA), 2011
- Level A Clandestine Laboratory Investigations (Quantico, VA), 2011
- Southwest Association of Forensic Science Conference (Grapevine,TX), 2010
- Southwest Association of Forensic Science Conference (Little Rock, AR), 2008
- Thermo LCQ (LC/MS) Operations (West Palm Beach, FL), 2008
- LC/MS Interpretation by Dr. M. Thurman (New Orleans, LA), 2008
- LC/MS Workshop (Vista, CA), 2006
- Trptamines and Phenethylamines (Dallas, TX), 2006
- Basic Forensic Chemist Training (Dallas, TX), 2006
- Clandestine Laboratory Investigations (Quantico, VA), 2006

**New York City Police Department**

*Criminalist II, Crime Laboratory (New York , NY), 2004-2005*

- Analyzed evidence for the presence or absence of a controlled substance.
- Conducted qualitative and quantitative analysis with analytical instrumentation that includes GC/MS, GC/FID, IR, and LC/MS.
- Performed monthly maintenance of analytical instrumentation.

*Training*

- Infrared Analysis of Controlled Substance by Spectros Associates (Albany, NY), 2005
- In House Basic Criminalist Training (New York, NY), 2004

**Harris County Medical Examiners Office**

*Assistant Toxicologist I, Medical Examiners Office (Houston, TX), 2003-2004*

- Analyzed postmortem tissues and body fluids for the presence of drugs.
- Conducted qualitative and quantitative analysis with analytical instrumentation that includes GC/MS and HPLC.
- Processed samples collected from autopsies for toxicological analysis.

## EDUCATION AND CERTIFICATIONS

**Degree Program(s)**

*Sam Houston State University (Huntsville, TX)*

- *Masters of Science in Forensic Sciences, 2003*

*Texas A&M University (College Station, TX)*

- *Bachelor of Science in Biology, 2000*

## PROFESSIONAL AFFILIATIONS

- Clandestine Laboratory Investigating Chemists Associatoin (CLIC), 2013-Present

## PRESENTATIONS AND LECTURES

- Guest Speaker, Clandestine Psilocybin Mushroom Operations
  - DEA Clandestine Recertification (Dallas, TX), 2021
- Chemist Instructor, High Hazard Level A Certification Course
  - State and Local Level A Class# 28 (Castaic, CA), 2020
- Chemist Instructor, High Hazard Level A Certification Course
  - State and Local Level A Class# 23 (Castaic, CA), 2019
- Guest Speaker, Advantages of qTOF LC/MS on Drug Analysis
  - DEA SFL6 Lecture Series (Dallas, TX), 2018
- Subject Matter Expert, Quantitation
  - DEA Basic Forensic Chemist Class #13 (Quantico, VA), 2018
- Subject Matter Expert, Quantitation
  - DEA Basic Forensic Chemist Class #10 (Quantico, VA), 2017
- Subject Matter Expert, High Performance Liquid Chromatography
  - DEA Basic Forensic Chemist Class #9 (Quantico, VA), 2016
- Guest Speaker, Field Test Training
  - Louisiana State Probation (New Orleans, LA), 2015
- Guest Speaker, Drug Identification
  - Basic Narcotics Investigation School (Baton Rouge, LA), 2015
- Guest Speaker, Synthetic Cannabinoid and Cathinone Processing Sites
  - American Academy of Forensic Sciences Conference (Washington, D.C.), 2013
- Guest Speaker, Methamphetamine Trends
  - High Intensity Drug Trafficking Association (Las Cruces, NM), 2011
- Guest Speaker, Drug Identification

    - Texas Gang Investigators Association Conference (Houston, TX), 2010
- Guest Speaker, Processing a One Pot Clandestine Laboratory
    - SWAFS Conference (Grapevine, TX), 2010
- Guest Speaker, Drug Identification and Concealment
    - National Canine Interdiction Association (Marshall, TX), 2010
- Guest Speaker, Methamphetamine Synthesis and Analysis
    - New Mexico DPS Chemist Workshop (Las Cruces, NM), 2009
- Guest Speaker, Field Test Training
    - Workshop for Oklahoma Local Law Enforcement (Norman, OK), 2009
- Guest Speaker, Desorption Electrospray Ionization Analysis (DESI)
    - SWAFS Conference (Little Rock, AR), 2008

## PUBLICATIONS

Hopenwasser J. and Hight J. Distinguishing 25I-NBOH from 2C-I by LC-qTOF-MS. DEA Laboratory Note 2019; LN-19-08-01

## DISTINCTIONS

- Outstanding Performance Award, DEA, 2019
- Exceptional Performance Award, DEA, 2018
- Performance Award, DEA, 2018
- Exceptional Performance Award, DEA, 2017
- Certificate of Appreciation for Outstanding Contributions, DEA New Orleans, 2015
- On the Spot Award, DEA, 2015
- On the Spot Award, DEA, 2014
- On the Spot Award, DEA, 2013
- On the Spot Award, DEA, 2012
- Exceptional Performance Award, DEA, 2011