**U.S. Department of Justice**

Clinton J. Johnson
*United States Attorney*
*Northern District of Oklahoma*
*Tyson J. McCoy*
*Assistant United States Attorney*

*110 W 7th Street, Suite 300* *Telephone: (918) 382-2700*
*Tulsa, OK 74119* *Fax: (918) 560-7949*

May 29, 2026

Re: *United States v. Melisa Kyle*
26-CR-189-SEH

Counsel:

In accordance with Federal Rule of Criminal Procedure 16(a)(1)(G), the government hereby discloses its intent to call the following expert witness in its case-in-chief to provide testimony pursuant to Federal Rules of Evidence 702, 703, and 705.

**Jay Hopenwasser, Senior Forensic Chemist**
**United States Department of Justice, Drug Enforcement Administration (DEA)**

Below, please find: (1) a complete statement of opinions that the government presently intends to elicit from the above expert witnesses in its case-in-chief; (2) the bases and reasons for those opinions; (3) the expert witness's qualifications; and (4) the government's disclosure regarding the expert witness's prior expert testimony during the previous 4 years and publications authored in the previous 10 years, where applicable. *See* Fed. R. Evid. 16(a)(1)(G)(iii).

1. *Statement of Opinion(s) and Bases/Reasons for Expert Opinion(s)*

Mr. Hopenwasser will testify consistently with his chemical analysis reports in this case, namely LIMS case number 2026-SFL6-05084. Mr. Hopenwasser may also testify about pertinent terminology contained within his report in this case.

Mr. Hopenwasser will testify that he analyzed the following item that was seized by officers in this case and submitted to the DEA laboratory for testing:

**LIMS Report Number: 2026-SFL6-05084, Exhibit 1**

Mr. Hopenwasser will testify to the following findings of his examinations. He analyzed Exhibit 1 and identified the substance as Methamphetamine Hydrochloride. The Methamphetamine Hydrochloride had a net weight of 40.73 kilograms +/- 0.06 kilograms, the substance purity was 100% +/- 7%, and the amount of pure substance was 40.73 kilograms +/- 2.69 kilograms. He will further testify that the net weight represents the weight of all material, excluding the packaging. The net weight is the combination of the direct weight of 1 unit and an extrapolated value based on the individual weights of 9 units. The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence. The purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

Mr. Hopenwasser will further testify to the following Exhibit 1 details. The Exhibit was accepted by the laboratory on May 20, 2026. Exhibit 1 had a gross weight of 44.54 kilograms. Exhibit 1 was received by the examiner on May 27, 2026. Exhibit 1 was 46 units, packaged in a plastic bag, the contents were in crystalline form and had a reserve weight of 40.73 kilograms.

Mr. Hopenwasser will testify to the analysis of Exhibit 1. He will testify he performed the Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Sodium Nitroprusside Color Test on Exhibit 1. He also performed a purity test on Exhibit 1 using the DEA 503/UV-Vis-Spectroscopy. He will provide an explanation of the tests performed which resulted in his findings of Exhibit 1.

Mr. Hopenwasser will testify to his qualifications, training, and experience as outlined in his Statement of Qualifications included as Attachment A of this notice. He will testify that the instruments were in proper working order at the time the tests were conducted. He will further testify that Exhibit 1 was received in sealed packaging when it arrived at the laboratory.

2. *Prior Expert Testimony*

Mr. Hopenwasser's expert testimony in the last four years is documented in his curriculum vitae, attached as Attachment A to this Notice.

3. *Publications*

   a. Mr. Hopenwasser's publications are documented in his curriculum vitae in Attachment A.

3. *Witness Approval and Signature*

I have reviewed and approve of the summary of my anticipated testimony.

Dated: May 29, 2026

/s/ JAY HOPENWASSER Digitally signed by JAY HOPENWASSER Date: 2026.05.29 13:17:19 -05'00'

Jay Hopenwasser
Senior Forensic Chemist
Drug Enforcement Administration