mm
TAM

FILED

JUN 12 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 26-CR-189-SEH** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MELISA SUSAN KYLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ACCOMPANYING EXHIBIT TO DEFENDANT'S OPPOSED MOTION TO REVOKE ORDER OF DETENTION PURSUANT TO 18 U.S.C. § 3145(b)**

COMES NOW Defendant, Melisa Susan Kyle, by and through her counsel of record, and hereby submits one digital exhibit to accompany Ms. Kyle's Opposed Motion to Revoke Detention Order Pursuant to 18 U.S.C. § 3145(b), filed with this Court on June 10, 2026:

1. Defendant's Exhibit 1 – Audio file of Detention Hearing held before United States Magistrate Judge Mark T. Steele.

Respectfully submitted,

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Julia L. O'Connell, Federal Public Defender

By: ______________________________

Robert S. Williams, OBA #19974
Assistant Federal Public Defender
Williams Tower I, Suite 1225
One West Third Street
Tulsa, Oklahoma 74103-3532
Telephone: (918) 581-7656
robert_williams@fd.org
*Counsel for Ms. Kyle*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I delivered by hand the foregoing document and associated files to the Clerk of the Court and submitted a copy of the same electronically to the following ECF registrant:

Tyson McCoy
Reagan Reininger
Assistant United States Attorneys
Office of the United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119

Robert S. Williams

# ITEM NOT IMAGED

- ☐ CD/DVD
- ☑ FLASH DRIVE
- ☐ WALLET DRIVE
- ☐ OTHER: ____________________

The above referenced item has not been imaged and may be available at the Court Clerk's Office.


US v. Melisa Susan Kyle
Case No. 26-CR-189-SEH
Exhibit 1 to Defendant's Opposed Motion to
Revoke Order of Detention (Doc. 29)