IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISA SUSAN KYLE,<br>a/k/a "Melisa Susan Vodden,"<br><br>Defendant. | Case No. 26-CR-189-SEH |

**Government's Notice of Intent to Introduce Testimony Pursuant to Rule 16(a)(1)(G) of the Federal Criminal Rules of Procedure**

The United States gives notice, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), of its intent to introduce testimony at trial of expert witness, Tulsa County Sheriff's Office (TCSO) Deputy, Freddie Alaniz pursuant to Federal Rules of Evidence 702, 703, and 705. *See* Attachment A, Deputy Alaniz' *Curriculum Vitae*.

**1. *Statement of Opinion(s) and Bases/Reasons for Expert Opinion(s)***

The government intends to qualify and call Deputy Freddie Alaniz as an expert in (1) drug interdiction and detection and (2) narcotics K9 operations and detection.

In particular, Deputy Alaniz will testify and provide his opinion regarding the use of his narcotics K9 partner, Kaine's, ability to detect narcotics. He will testify that his K9 partner, Kaine, is trained to detect marijuana, heroin, methamphetamine, and cocaine. He will further testify that on May 10, 2026, he

was traveling east bound on Interstate 44 from the 12500 East Avenue block when he observed a black Mazda CX-50 displaying California license plate 9NGC461. He will testify consistently with his Tulsa County Sheriff's Office report he authored documenting his stop of this vehicle, interactions with the driver, Ms. Kyle, his K9 partner, Kaine's, exterior sniff of the vehicle for narcotics, and search of the vehicle. The TCSO report he authored for this incident is documented in TCSO case number 26-07841, which has been provided in discovery.

Deputy Alaniz will testify his K9 detection dog, Kaine, has been certified by the State of Oklahoma's Council on Law Enforcement Education and Training as a Controlled Dangerous Substance Detection k9 Team (CLEET certification number 0127577-D004283). The CLEET certification card for Deputy Alaniz and Kaine have been provided to defense in discovery.

Deputy Alaniz will testify that he and his K9 partner, Kaine, conducted a free air scan of the black Mazda CX-50 Ms. Kyle was driving on May 10, 2026, and his K9 partner, Kaine, alerted to the odor of a controlled dangerous substance coming from the vehicle. He will further testify that Kaine's alert on the subject vehicle was an indication of the presence of an odor of a controlled substance. Deputy Alaniz will testify that based upon Kaine's alert; he believed the vehicle contained a controlled dangerous substance.

Deputy Alaniz will testify that he is a law enforcement officer with 15 years of experience. He will testify consistently with his training and experience as outlined

in his attached curriculum vitae. He will testify he has extensive experience in drug interdiction and detections and narcotics K-9 detection.

Deputy Alaniz will testify he has numerous drug interdiction stops resulting in major drug seizures and arrests. He will testify that based on his training and experience he is familiar with common tactics used by drug traffickers to move drugs across the state and country.

2. ***Prior Expert Testimony***

Deputy Alaniz has not testified as an expert in the past four years.

**3.** ***Publications***

Deputy Alaniz has not authored any publications within the past 10 years.

Freddie Alaniz
Deputy Sheriff
Tulsa County Sheriff's Office

6-29-26
Dated

**4.** ***Potential for additional testimony***

The government reserves the right to question the expert regarding other matters that may be raised during cross-examination by the defendant, based upon testimony elicited from any defense expert or lay witness, if any, or based upon the evidence introduced by the defendant. To the extent the Court allows the defendant the same right, the government reserves the right to elicit any additional testimony that the expert is qualified to provide should the need arise based on further

developments in preparing for, and during, trial.

The government also reserves the right, within the limitations set by law and with the Court's permission, to amend this notice if the defense provides additional disclosures, and to call additional expert witnesses if the need arises after the date of this filing.

5. *Reciprocal Disclosures*

Pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, the government hereby requests reciprocal disclosure from the defendant of any testimony the defendant intends to use at trial under Rule 702, 703, and/or 705 of the Federal Rules of Evidence.

The government reserves the right to supplement this notice as needed.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Tyson McCoy*
Tyson McCoy, CBA No. 270782
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

**Certificate of Service**

I hereby certify that on the 30th day of June, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

Robert Williams
*Counsel for Defendant*

*/s/ Tyson McCoy*
Tyson McCoy
Assistant United States Attorney