**CURRICULUM VITAE**
**Interdiction K9 Deputy Sheriff Freddie Alaniz**
**Tulsa County Sheriff's Office (TCSO)**
**Email:** [fsolorioalaniz@tcso.gov] | **Phone:** [918-533-6975] | **Location:** Tulsa, Oklahoma

---

## Professional Summary

Deputy Sheriff Freddie Alaniz is a veteran law enforcement officer with 15 years of experience as a commissioned police office. He brings extensive expertise in drug interdiction, narcotics enforcement, and tactical enforcement. Deputy Alaniz has conducted several interdictions stops resulting in drug seizures and arrests and is currently assigned to the criminal interdiction unit as a K9 Deputy.

---

## Professional Experience

**Tulsa County Sheriff's Office, Interdiction Unit**
*Deputy Sheriff / Active Shooter & Firearms Instructor / Special Operations Tactical Team*
**2015 – 2022**

- Task Force Officer with Drug Enforcement Administration. Conducted criminal investigations involving narcotics, weapons, and currency.
- Collaborates with federal and local partners in regional and national operations.
- Community Policing Unit. Conducted criminal investigations involving narcotics, weapons, and currency in high crime housing areas.
- Tactical team operator.

**2023 – Present**

- Conducts highway interdiction and criminal investigations involving narcotics, weapons, and currency.
- Handler of "Kaine," drug detection K-9 certified through CLEET.
- Tactical team operator.

**Oklahoma Bureau of Narcotics and Dangerous Drugs (OBNDD)**
*Agent – Narcotics Division*
**Tulsa, OK | 2022 – 2023**

- Conducted criminal investigations involving narcotics, weapons, and currency.
- Collaborates with federal and local partners in regional and national operations.

**Grand River Dam Authority (GRDA)**
*Lake Patrol Officer*
**Langley, Ok | 2013-2014**

- Served as a part time Lake patrol Officer.

**Delaware County Sheriff's Office**
*Patrol Deputy*
**Jay, Ok | 2013-2014**

- Served as a patrol Deputy.

**Quapaw Tribal Marshalls**
*Patrol Officer*
**Picher, Ok | 2011 - 2013**

- Served as a patrol Officer.

**Ottawa County Sheriff's Office**
*Patrol Deputy*
**Miami, OK | 2010 – 2011**

- Served as a patrol Deputy.

**Joplin Police Department**
*Patrol Officer*
**Joplin, Mo | 2008 – 2010**

- Served as a patrol officer focusing on high crime areas.

---

## Certifications & Credentials

- **CLEET Certified Peace Officer** – State of Oklahoma
- **CLEET Certified K-9 Handler**
- **CLEET Certified Firearms Instructor**
- **Certified Active Shooter Instructor**

- **K-9 Certification – Kaine**
  - Certified through **CLEET (State of Oklahoma)**
- **Tactical Operations Training**
- **Criminal Interdiction Training**

---

## Professional Achievements

- Thousands of successful traffic stops and interdiction operations, resulting in:
  - Major narcotics, weapons, and currency seizures
  - Arrests of violent offenders and fugitives
  - Undercover Operations
  - Affiant in Title III investigation

---