**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,** )
Plaintiff, )
)
**vs.**
) **Case No. 26-CR-189-SEH**
)
**MELISSA SUSAN KYLE** )
Defendant. )

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Counsel, Christina L. Hunt, moves to withdraw as counsel of record for Defendant Melissa Susan Kyle for the reason that Ms. Kyle is represented by Robert S. Williams of the Federal Public Defender Office to represent her in this matter. On May 22, 2026, counsel entered an appearance in this case to represent Ms. Kyle in a detention hearing held on May 28, 2028 as Mr. Williams was out of the district. (Dkt. #s 19 and 23). That appearance was for the sole purpose of assisting Ms. Kyle in her detention hearing.

WHEREFORE, counsel, Christina L. Hunt requests the Court grant this motion to withdraw.

Respectfully submitted this 7th day of July, 2026.

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Julia L. O'Connell, Federal Public Defender

By: s/*Christina L. Hunt*
Christina L. Hunt, GA Bar No. 378501
Senior Litigator
Williams Tower I, Suite 1225

One West Third Street
Tulsa, Oklahoma 74103-3532
Telephone: (918) 581-7656
Facsimile: (918) 581-7630
E-mail: tina_hunt@fd.org
*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of July, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Mr. Tyson McCoy
Assistant United States Attorney
Office of the United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119

s/ *Christina L. Hunt*