**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>MELISA SUSAN KYLE,<br><br>Defendant. | Case No.: 26-CR- 189- SEH<br><br>**WAIVER OF SPEEDY TRIAL** |

The Defendant, MELISA SUSAN KYLE ("Defendant") acknowledges that she has been fully advised of her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of her jury trial from August 3, 2026 to September 7, 2026 be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

MELISA SUSAN KYLE,
Defendant

7/6/2026
Date

I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

ROBERT S. WILLIAMS,
Attorney for Defendant

7/7/2026
Date