IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-CR-189-SEH |
| | ) | |
| MELISA SUSAN KYLE, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

The Defendant, Melisa Susan Kyle, by and through his counsel of record Robert S. Williams, Assistant Federal Defender, hereby moves this Court for an Order extending all Scheduling Order deadlines, stating in support as follows:

1. The government does not oppose this motion.

2. This case is set on this Court's August 3, 2026 trial docket. The Court set the Pre-Trial Conference on July 27, 2026.

3. Ms. Kyle requests the Court to continue all Scheduling Order (ECF No. 27) dates until the Court's September 7, 2026 trial docket.

5. Ms. Kyle is in custody pending further proceedings of the Court.

6. The government produced the initial discovery in this case. The government has made subsequent productions. Ms. Kyle's counsel has requested additional discovery related to the traffic stop and investigation of Ms. Kyle. The undersigned will require time to receive and review all the discovery materials, fully investigate the allegations contained in the Indictment, conduct any necessary legal research and prepare any necessary pre-trial motions associated with the discovery production, conduct any subsequent investigation, and requires additional time to

prepare a defense.

7. Additionally, Ms. Kyle's trial counsel will be out of the country from August 1, 2026 through August 10, 2026. Ms. Kyle's counsel failed to remember this trip at the scheduling conference.

8. Ms. Kyle's counsel has been advised - counsel for the Government will be out of state from August 27, 2026 through September 2, 2026, and Deputy Alaniz will be out of state August 16, 2026 through August 21, 2026.

9. An extension of the Scheduling Order (ECF No. 27) dates is required to provide an adequate defense to Ms. Kyle as required by the Sixth Amendment of the United States Constitution and provide continuity of counsel.

10. Ms. Kyle has signed and filed a Speedy Trial Waiver (ECF No. 40).

11. This Motion is not made for the purpose of delay.

Respectfully submitted,

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Julia L. O'Connell, Federal Public Defender

By: s/Robert S. Williams
Robert S. Williams, OBA#19974
Assistant Federal Public Defender
Williams Tower I, Suite 1225
One West Third Street
Tulsa, Oklahoma 74103-3532
Telephone: (918) 581-7656
Facsimile: (918) 581-7630
E-mail: robert_williams@fd.org

*Counsel for the Defendant, Melisa Susan Kyle*

## CERTIFICATE OF SERVICE

I certify that on the 7th day of July 2026, I electronically transmitted the foregoing document to:

Tyson McCoy
Assistant United States Attorney
Office of the United States
Attorney 110 West 7th Street,
Suite 300
Tulsa, Oklahoma 74119

s/Robert S. Williams
Robert S. Williams