**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MELISA SUSAN KYLE,**<br><br>**Defendant.** | **Case No. 26-CR-189-SEH** |

# ORDER

Upon the unopposed motion of the United States for a protective order (Dkt. 44), the Court finds that the government may disclose sensitive discovery materials for purposes of the trial of the above-captioned case, namely (1) Tulsa County Sheriff's Office Policy documents for Criminal/Drug Interdiction (Policy Number 203.18) and (2) Tulsa County Sheriff's Office Policy documents for Automated License Plate Readers (Policy Number 204.07). Accordingly, the Court issues this protective order as follows:

IT IS ORDERED that if the government provides the aforementioned sensitive discovery materials for purposes of the trial of the above-captioned case, that they are not to be disseminated for any purpose not authorized herein. The Court prohibits the defense from showing the materials to anyone with the exception of the Defendant, potential witnesses or experts, attorneys of record in this case and those persons employed by the attorneys who are necessary to assist counsel of

record in preparation for trial. Defense counsel shall not reproduce the materials for dissemination to any persons or parties, including the Defendant, except for potential expert witnesses and those persons employed by the attorney who are necessary to assist counsel of record in preparation for trial, and shall maintain complete custody and control over them, including all copies. There is nothing in the Court's order to prohibit counsel from discussing the case with co-counsel.

DATED this 20th day of July 2026.

Mark T. Steele
United States Magistrate Judge