# TULSA COUNTY SHERIFF'S OFFICE

## Incident Report

*Detailed*

**INCD#: TCSO-26-07841** **CFS#: ECC260510-143**

**Traffic Stop**

Printed On: 5/11/2026 2:00:40 PM
Printed By: Heisten, Michael (3107)

## Narratives

| Narrative Date / Time | Narrative | Narrative Page | | |
|---|---|---|---|---|
| **5/10/2026** | **Report - 0** | **Page 1** | | |
| Author | | Officer Rank | Officer ID | Officer Dept |
| **Solorio Alaniz, Freddie (3607)** | | | **3607** | **Tulsa County Sheriff's Office** |

Crime: AGG TRAFFICKING ILLEGAL DRUGS
Date: 05/10/2026
Time: 18:20
Location: 19300 E I44EB
Body Worn Camera Activated: Yes

Narrative: On May 10, 2026, at approximately 6:17 pm, I, observed a black in color Mazda CX-50 displaying a California license plate of 9NGC461, traveling east bound on interstate 44 from the 12500 East Avenue block. As the vehicle passed me, I conducted a license plate reader search of the vehicle license plate and learned that the vehicle appeared to have made a very quick turn around travel to the western part of the country and was now returning back.

As I observed the LPR hits, I knew that the vehicle had traveled to the western part of country, but I did not know exactly where at that moment. I also knew that it takes approximately 18 hours to travel from Tulsa, Ok to the California and Arizona border and about 15 hours to travel to the Flagstaff/Phoenix, Az area.

I knew from my training and experience that criminals involved with transporting illegal narcotics often make very short turn around trips to source cities such as Los Angeles, Ca area, Phoenix, Az and Albuquerque, Nm.

As I continued to drive behind the vehicle, I observed the right blinker activate as the vehicle immediately began to make the lane change to the right. The driver failed to give 100 feet after activating the turn signal prior to making the lane change. Once the vehicle made the lane change I observed the right blinker activate again as the vehicle immediately began to make the lane change to the right again, without giving the 100 feet notice, and directly behind another vehicle. The vehicle made the lane change so quickly that it got in directly behind a gold in color Toyota at less than a car lengths of space between it and the Toyota it got in behind.

The vehicle continued for a short distance then activated it's left turn signal and immediately began to make the lane change to the left and again the driver failed to give 100 feet after activating the turn signal prior to making the lane change.

I then activated my emergency lights on my marked patrol vehicle and conducted a traffic stop on the Mazda in the area of 19300 E I44.

I made a passenger side approached and while approaching the vehicle I noticed numerous suitcases in the back of the vehicle. I noticed that the back seats were laid down flat to accommodate all the suitcases. At a glance, I noticed about 4 large suitcases and 1 smaller one.

Upon making contact with the white female driver and solo occupant of the vehicle she immediately began telling me that she was switching the lanes and that she had to go to Joplin and that she was watching the maps and it had her turning there. While she was explaining this that to me I also noticed a radar detector on her front windshield and noticed that it was on and

Exhibit 1

operational.

I also noticed that she had a newly lit cigarette. I knew this because the cigarette was still almost whole and I requested she put the cigarette smoke out. She complied and put the cigarette out.

I then identified my self to her and advised her for the reason of the stop. I requested her driver license, insurance and vehicle registration. As she began to look for those items, I informed her that I was not going to write her a ticket for the violations.

The driver handed me a Missouri driver license and was then identified as Malisa Kyle by her Missouri state issued driver license. Kyle then informed me that she did not have the registration because the vehicle was a rental car. I requested her rental agreement, which she was unable to provide me. Kyle said that she has had the car for about a month and did not know where the rental agreement was.

I again took noticed of all of the suitcases along with the bags and pursues Kyle had in the front passenger seat and told Kyle that she had a lot of stuff. Kyle responded and said that she did because she went to California for a couple of days.

I also noticed that Kyle was very nervous and noticed her hands shaking uncontrollably as she fumbled through the paperwork in the glove box and bags on the front seat looking for her rental agreement. I also noticed that Kyle appeared to be highly stressed and noticed that she had very shallow rapid breathing.

Even after telling her that I was not going to write her a ticket Kyle was far more nervous than the usual driver guilty of a only minor traffic violations.

I now knew from Kyle's statement that she was coming from California and knew that her trip to California was at about a one day trip, according to the flock hit information, and knew that a one day travel half way across the country was not a normal travel. I also knew that the amount of suitcases in the vehicle were not indicative of a one day travel and that Kyle had an abnormal amount of suitcases for a "couple of days" in California.

I asked Kyle is she had the rental agreement in her email and she said that she might have. I requested she come back to my patrol vehicle where I would be writing her a warning and she could look up the rental agreement. Kyle agreed and came back to my patrol vehicle with me.

Kyle got into the front passenger seat of my patrol vehicle and we began to have a casual conversation as I completed my driver license checks, warrant checks, vehicle registration check and completed my warning.

I also reviewed the flock hits again to see if I had missed some hits that would a line with Kyle's statements because at that moment it appeared that Kyle was being untruthful about her travels and my reasonable suspension that she was involved in criminal activity was meet.

During the casual conversation, I confirmed with Kyle that she was just now coming back from California and that she was only there for a couple of days. Kyle confirmed and said that she was up there for a couple of days and was now moving through and going back home and was excited to see her kids.

I asked Kyle when she drove to California and she said "like I said I've been gone for six days" I confirmed what she said to me and repeated that she has been over there (in California) for 6 days.

Kyle replied and said "yeah, but I only stayed two nights there. Um, its just an over and back. I haven't seen any of those people in years."

Kyle went on to say that finally after her and her husband got separated, she started moving about the country a little bit and she realized that she can actually go places. I was not sure why Kyle needed to shared that information with me, but I knew that it was a way for her to try and release some of the stress as she would take a deep breaths and exhaled it after making that statement, among others.

I asked Kyle is she remembered what day she left Missouri to drive out to California. Kyle said "Yeah. Um, Monday, Tuesday, no. I didn't get to leave until Wednesday. It's when I finally left, yeah. I was suppose to leave Monday and with the kids any everything else still in school and all that, I didn't get out until Wednesday."

I thought her answer was very odd and found it implausible that she could not remember the day she left her home and drove half way across the country to visit people she hadn't seen in years.

Kyle continued to take deep breaths and exhale as she made statements that appeared to be stressful to her.

Kyle was unable to find her rental agreement and said that she is seeing everything from the hotels to the realtors but she doesn't see the rental in there. Kyle was referring to her emails.

I asked Kyle if she took all that luggage with her for two days. Kyle replied and said "well yes and no. When I get out there, I tend to pick up stuff. You know like clothes for the kids and um, I don't know just crap basically and I don't get to go very often so I ended up having to buy a suitcase you know while I was out there because it just looks silly in Wal-Mart bags and all that."

Again, Kyle continued to take deep breaths and exhales, which was abnormal, as she continued talking with me trying to release all the stress she continues to have by lying to me.

I also noticed that Kyle was unable to sit in silence. When I did not conversate with her, she would make some random statements to fill that space of time.

I asked Kyle what she did in California for the two days. Kyle said "went swimming. I haven't been swimming in years. One day it was spent just swimming and the other day just sitting around bull shitting an talking and then catching up."

Kyle also uttered out and said "one of my cousins she got goats, baby goats and a little farm an um just cute, cute as they can be. She got baby all the time. They so cute how they play. She's all the time posting videos on Facebook how they play." I was not sure why Kyle shared this information with me. I knew from my training and experience that subjects that are highly stressed attempt to release the stress by continuing to talk and provide stories and or information that is irrelevant.

As Kyle sat in the passenger seat, I noticed that at times she had deep rapid breathing. I also noticed her carotid artery in her neck pulse with each beat of her heart. This continued to confirm to me that Kyle was far more nervous than the usual driver guilty of only minor traffic violations.

I asked Kyle what she did for a living and she said that she buys and sales garage sales and flea market type stuff.  Kyle said that she started doing that the last year she and her husband were together.

I asked Kyle what part of California she went to. Kyle said "Um, well. Needles is where I stayed at. Um and then um bullhead city Arizona. I guess it's not really California where my cousin lives, but she lives in that bullhead city Arizona kind of around the corner, I guess it's what it is. Seems to me like a big horse shoe. One side is needles and one side is bullhead."

During the conversation with Kyle, I noticed that when she would make statements where she would stutter or spoke in a very low tone she failed to make eye contact withe me and would look down or away from me. I also noticed that when she did make statements where she was confident in, she would make direct eye contact with me. I knew from my training and experience that it was a sign of deception.

I completed and issued Kyle a written warning for the fail to give a proper signal and returned her driver license back to her. Once Kyle had her driver license and warning, I asked her if she had a couple minutes for me to ask her some questions. Kyle said "sure".

I informed Kyle that I work criminal interdiction and that I know from my training and experience that people who do very short trips to California and come right back are sometimes transporting large amounts of drugs. Kyle response to that was "so if I go stay longer." I found that to be a very odd response. Kyle did not at all deny transporting narcotics and instead asked if she should go stay longer.

I asked Kyle for consent to search the vehicle. Kyle denied consent. Kyle was advised that she was being detained and was not free to go.

I informed her that once my backing officer arrived, I would be deploying my K9 and if the K9 gave a positive alert or indication it would be probable cause to search the vehicle. I also informed Kyle that if the K9 did not alert or indicate to her vehicle then she would be free to go.

Kyle then said "I know that I got marijuana in there." I informed her that it was illegal in Oklahoma unless she had an Oklahoma medical marijuana card.

Kyle said "can I give you that, because I know he is going to hit on that. It smells horrible. I mean I was just trying to get home with it."

Once the backing officers arrived, I deployed K9 partner Kaine and conducted a free open-air sniff of the exterior of the vehicle. K9 Kaine alerted and then indicated to the smell of narcotics coming from within the vehicle.

Once Deputy Moody arrived on scene Kyle was secured in the back seat of his patrol vehicle while Deputies conducted a PC search of the car.

During the PC search, Deputy Moody and I began in the trunk area of the vehicle and opened a black shiny hard shell "Betty Boop" suitcase. Upon opening the suitcase we located a folded black trash bag and numerous dryer sheets laying the inside of the suitcase.
Deputies then opened the zipper on the inside compartments and located numerous large Ziploc bags containing a white crystal-like substance. Through my training and experience I know the substance to be that of methamphetamine.
Deputy Moody and I then removed a blue hard shell suitcase and opened it to find more of the same packaging style with dryer sheets and brown paper. Deputies then opened the two side compartments inside the suitcase and located numerous large

Ziploc bags containing the white crystal-like substance. This suitcase also has a working digital scale with tray and 3 gallon size Ziploc boxes, which appeared to be the same style of Ziploc bags used to hold the crystal-like substance.

Deputy Moody and I then opened a large hard shell matte black suitcase with "Betty Boop", on the suitcase. Inside of the suitcase was more dryer sheets and a black plastic trash bag. Inside the two side compartments of this suitcase were numerous large Ziploc bags containing the same white crystal like substance.

I know from my training and experience that drug traffickers will attempt to mask the smell of the narcotics by utilizing dry sheets in an attempt to evade K9 detection.

Behind the driver seat in the floorboard, I located a black locked box. Upon opening the box, I located 4 bundles of U.S. currency which were held by rubber bands. Three of the bundles appeared to be $20.00 dollar bills, and the fourth bundle appeared to be larger denominations of $100 dollar bills. This is consistent with my training and experience including other vehicle stops I have personally made containing illegal narcotics proceeds. These uniform bundles make for easy counting in clandestine transactions.

I contacted DEA TFO Foster to come to the scene. Upon the arrival of TFO Foster, it was decided that DEA would take possession of the suspected narcotics.

Cpl. Gullett searched a piece of luggage in the back cargo area and located multiple un-used heat seal bags and two marijuana vapes. As he continued searching the center console he located a brown paper bag containing numerous marijuana vapes and marijuana flower.

In the front passenger seat Cpl. Gullett located a tan purse with an American flag on the front of it. The purse contained additional marijuana flower in a plastic bag, a glass pipe wrapped in a pink bandanna, a small glass jar containing a crystal-like substance and an improvised smoking device that is commonly used to consume narcotics.

I took possession of the marijuana and paraphernalia along with the methamphetamine in the small glass jar located by Cpl. Gullett. I took pictures of the marijuana and paraphernalia and attached them to this report. The marijuana and paraphernalia were then disposed of properly.

The jar containing the crystal-like substance was later transported to the Sheriff's Office and booked into property. A field test of the crystal-like substance was conducted by Deputy Moody utilizing the TruNarc analyzer, which field tested presumptive positive for methamphetamine with an approximate weight of 25 grams.

I transported Kyle to David L. Moss and processed her for booking on a hold for DEA.

Deputy Moody, Cpl. Gullett and I counted and processed the U.S. currency into evidence. Three of the bundles consisted of all $20 dollar bills. Each bundle had 50 $20 dollar bills for a total count of $1,000 per bundle, making it a total count of $3,000 for all three bundles. The fourth bundle consisted of two $50 dollar bills and 39 $100 dollar bills for a total count of $4,000.

The total currency count was $7,000.00

Suspect Information: Melisa Susan Kyle, W/F, DOB 7-24-1979

Evidence: Item #1 - $7,000.00 in 4 bundles

Item #2 - Bag containing meth

Investigation: I read Kyle Miranda Warning. Kyle said that she understood her right, but said that she did not wish to speak with me without a lawyer present.

Drug Enforcement Administration Task Force Officer Foster arrived and scene and took possession of the suitcases containing the methamphetamine, along with two cell phones belonging to Kyle.

TFO Foster transported the suitcases to the DEA office where the bags containing the crystal-like substance were removed from the suitcases, counted and weighed.

The blue hard-shell suitcase contained 10 separate large Ziploc bags with a total approximate weight of 19 pounds.

The black shiny Betty Boop hard shell suitcase contained 19 separate large Ziploc bags with a total approximate weight of 38 pounds.

The flat black Betty Boop hard shell suitcase contained 17 separate large Ziploc bags with a total approximate weight of 34 pounds.

The total approximate weight for all of the 46 large Ziploc bags was 91 pounds.

DEA Agent Laura Dominguez utilized the TruNarc analyzer and tested two of the large Ziploc bags, which field tested presumptive positive for methamphetamine.

Below are the LPR hits that were observed prior to the vehicle stop of Kyle:

I conducted a flock search of the vehicle license plate and learned that the vehicle had license plate GPS picture hits in Locust Grove, Oklahoma on 5/6/2026 at 6:43 pm, then near Texola, OK on 5/7/2026 at 1:12 am west bound, then near Santa Rosa, New Mexico on 5/7/2026 at 9:26 am west bound.

I also noticed most recent flock license plate GPS picture hits again in Santa Rosa, NM at 2:57 am on 5/10/2026, then in Amarillo, Texas on 5/10/2026 at 9:33 am, then again in Texola, Tx on 5/10/26 at 11:07 am east bound.

I also noticed a flock license plate GPS picture hit near Flagstaff, Az on 4/16/2026, which lead me to believe that the vehicle was possibly coming from that area.

I also noticed numerous flock hits in the Missouri area near and around the Springfield area, which lead me to believe that the vehicle was from that area of Missouri and was not possibly traveling back to Missouri.

See attached Flock LPR report of California license plate 9NGC461.

VEHICLE INFORMATION:
Veh. Tag: 9NGC461 Tag Year: 2027 Tag State: CA
Veh. Year: 2025
Veh. Make: MAZDA
Veh. Model: CX-50
Veh. Style: 4-Door
Veh. Color: Black
VIN: 7MMVABBM0SN317863
Veh. Misc. Identifiers:
Veh. Disposition/Hold: 918 Wrecker

# TULSA COUNTY SHERIFF'S OFFICE

## Incident Report

*Detailed*

**INCD#: TCSO-26-07841** **CFS#: ECC260510-143**

**Traffic Stop**

Printed On: 5/11/2026 2:00:40 PM

Printed By: Heisten, Michael (3107)

Veh. Owner:
Veh. Owner Phone #:
Veh. Owner Address: Rental Company

NATIVE AMERICAN STATUS:
If yes, list the Tribe: Not Tribal