**From:** McCoy, Tyson (USAOKN)
**To:** Robert Williams
**Cc:** Tara Talbott
**Subject:** Melisa Kyle - Continuance and Discovery
**Date:** Monday, July 6, 2026 12:42:30 PM
**Attachments:** image001.png

---

Rob,

I don't have an objection to the motion to continue if we can avoid the following dates for any future court hearings:

1. August 27th through September 2nd (I will be out of the office)

A Motions hearing or Jury Trial:

2. August 16-21st (Deputy Alaniz may be out of town for training this week)

Deputy Alaniz told me that he inputted the following search terms into Flock and Vehicle Manager for the LPR search in this case:

1. Flock: The license plate number and state. He also inputted the reason as a traffic violation.
2. Vehicle Manager: The license plate number and state. He inputted the reason as investigation.

I sent over the Third Discovery Letter to the Tulsa County Sheriff's Office, and they are processing that request. As soon as they get back to me regarding those items, I will call you to discuss those items.

Thank you,

Tyson McCoy
U.S. Department of Justice | Northern District of Oklahoma
Email Address: Tyson.McCoy@usdoj.gov
Phone: (918) 382-2744

**Exhibit 2**