| License Plate | Vehicle Description | Date / Time Captured | Network Name | Device Name |
|---|---|---|---|---|
|  9NGC461 | Mazda, SUV, Black | 5/10/2026, 11:07:37 AM | Texas DPS - Statewide LPR | F#0105 - I-40 (EB) before Oklahoma Border (LR) |
|  9NGC461 | Mazda, SUV, Black | 5/10/2026, 9:33:43 AM | Amarillo PD TX | Soncy/IH-40 SB |
|  9NGC461 | Mazda, Coupe, Black | 5/10/2026, 2:57:49 AM | Santa Rosa NM PD | #02 - 66 WB at Shell |
|  9NGC461 | Mazda, SUV, Black | 5/7/2026, 9:26:58 AM | Santa Rosa NM PD | #05 - 66 WB at Baros Lopez |

Exhibit 3

| License Plate | Vehicle Description | Date / Time Captured | Network Name | Device Name |
|---|---|---|---|---|
|  9NGC461 | Mazda, SUV, Black | 5/7/2026, 8:54:28 AM | Santa Rosa NM PD | #02 - 66 WB at Shell |
|  9NGC461 | Mazda, SUV, Unknown | 5/7/2026, 8:51:46 AM | Santa Rosa NM PD | #08 - Rte 66 WB at Exit 277 |
|  9NGC461 | Coupe, Black | 5/7/2026, 1:12:59 AM | Texas DPS - Statewide LPR | F#0107 - I-40 (WB) from Oklahoma Border (LR) |
|  9NGC461 | Mazda, SUV, Black | 5/6/2026, 6:43:54 PM | Locust Grove OK PD | #05 WB Holiday Ln X 82 (Relocated) |
|  9NGC461 | Toyota, Sedan, Black | 5/6/2026, 2:53:35 PM | Monett MO PD | #02 Lincoln Ave @ Hwy 60 - NB |

| License Plate | Vehicle Description | Date / Time Captured | Network Name | Device Name |
|---|---|---|---|---|
|  9NGC461 | Toyota, Sedan, Black | 5/6/2026, 2:53:35 PM | Monett MO PD | #02 Lincoln Ave @ Hwy 60 - NB |
|  9NGC461 | Mazda, SUV, Black | 5/6/2026, 2:50:18 PM | Monett MO PD | #01 Hwy 60 @ Kyler St. WB |
|  9NGC461 | Mazda, SUV, Black | 5/6/2026, 2:40:51 PM | Lowe's - #2576 | MO #2576 - 2 Lumber |
|  9NGC461 | Mazda, SUV, Black | 5/4/2026, 4:42:50 PM | Monett MO PD | F#003 Farm Road 2240 @ Lawrence 1093 (WB) |
|  9NGC461 | Mazda, Sedan, Black | 5/3/2026, 2:28:39 AM | Billings MO PD | F#002 US Highway 60 N @ Rose Hill Rd WB |

| License Plate | Vehicle Description | Date / Time Captured | Network Name | Device Name |
|---|---|---|---|---|
|  9NGC461 | Mazda, Sedan, Black | 5/3/2026, 2:21:36 AM | Republic MO PD | #01 Hwy 60 @ Oakwood WB - original |
|  9NGC461 | Mazda, SUV, Unknown | 5/3/2026, 12:55:21 AM | South Central MO Drug Task Force | #05 US 60 @ Cabool WB |
|  9NGC461 | Mazda, Sedan, Black | 5/3/2026, 12:20:21 AM | South Central MO Drug Task Force | #04 US 63 @ South of West Plains NB |
|  9NGC461 | Mazda, SUV, Black | 5/2/2026, 10:23:08 PM | Jonesboro AR PD | LR#43 I-555 @ Gum Point Rd NB |
|  9NGC461 | Mazda, SUV, Black | 5/2/2026, 7:55:57 PM | Union County MS SO | LR#002 I-22 WB @ Willow Dr - Long Range |

| License Plate | | Vehicle Description | Date / Time Captured | Network Name | Device Name |
|---|---|---|---|---|---|
|  | 9NGC461 | Mazda, SUV, Black | 5/2/2026, 3:50:10 PM | St. Clair County AL SO | F#002 Mineral Springs Rd @ US-78 W NB |
|  | 9NGC461 | Mazda, SUV, Black | 5/2/2026, 3:49:47 PM | Pell City AL PD | #16 - US-78 - Mineral Springs Rd - NB |
|  | 9NGC461 | Mazda, SUV, Black | 5/2/2026, 3:49:44 PM | Pell City AL PD | #15 - US-78 - Mineral Springs Rd - SB |
|  | 9NGC461 | Mazda, SUV, Black | 5/2/2026, 2:01:18 PM | Pell City AL PD | #15 - US-78 - Mineral Springs Rd - SB |
|  | 9NGC461 | Undetected | 5/1/2026, 8:03:51 PM | Vidalia GA PD (Redspeed) | RS#01 N Street E @ Washington St - EB |

| License Plate | Vehicle Description | Date / Time Captured | Network Name | Device Name |
|---|---|---|---|---|
|  9NGC461 | Undetected | 5/1/2026, 7:37:16 PM | Vidalia GA PD (Redspeed) | RS#05 McIntosh St @ JR Trippe Middle School - SB |
|  9NGC461 | Hyundai, SUV, Black | 5/1/2026, 4:17:50 PM | Douglasville GA PD | #01 Capps Ferry Rd WB @ County Line |
|  9NGC461 | Mazda, SUV, Black | 5/1/2026, 9:05:21 AM | Southaven MS PD | #14 SB I55 Exiting onto Church Rd @ Exit 287 |
|  9NGC461 | Mazda, SUV, Black | 5/1/2026, 9:03:38 AM | Horn Lake MS PD | #01 Hwy 302 @ Interstate Blvd - EB |
|  9NGC461 | Mazda, SUV, Black | 5/1/2026, 8:58:19 AM | Southaven MS PD | #13 SB I55 Exiting onto Goodman Rd @ Exit 289 |

| License Plate | Vehicle Description | Date / Time Captured | Network Name | Device Name |
|---|---|---|---|---|
|  9NGC461 | Mazda, SUV, Black | 5/1/2026, 7:38:45 AM | Jonesboro AR PD | LR#43 I-555 @ Gum Point Rd SB |
|  9NGC461 | Mazda, Sedan, Unknown | 5/1/2026, 4:57:39 AM | South Central MO Drug Task Force | #02 US 63 @ Pomona SB |
|  9NGC461 | Mazda, Sedan, Unknown | 5/1/2026, 4:38:46 AM | South Central MO Drug Task Force | #06 US 60 @ Cabool EB |
|  9NGC461 | Mazda, SUV, Unknown | 5/1/2026, 3:46:58 AM | South Central MO Drug Task Force | #01 US 63 North of Licking SB |
|  9NGC461 | Mazda, SUV, Black | 5/1/2026, 2:28:21 AM | Pulaski County MO SO | F#001 Exit 145 Oasis@ Hwy T on ramp EB |

| License Plate | Vehicle Description | Date / Time Captured | Network Name | Device Name |
|---|---|---|---|---|
|  9NGC461 | Mazda, Sedan, Black | 5/1/2026, 1:00:38 AM | Billings MO PD | F#001 S Marian St @ US Highway 60 EB |
|  9NGC461 | Mazda, SUV, Black | 4/29/2026, 5:44:21 PM | Lebanon MO PD | F#019 W Elm St @ Springfield Rd NB |
|  9NGC461 | Undetected | 4/29/2026, 5:42:31 PM | Lebanon MO PD | F#012 W Elm St @ Ivey Ln SB |
|  9NGC461 | Mazda, SUV, Black | 4/29/2026, 4:48:55 PM | Springfield MO PD | #02 Glenstone Ave NB @ Kearney St |
|  9NGC461 | Other, Sedan, Unknown | 4/29/2026, 4:46:44 PM | Springfield MO PD | #14 Kearney St WB @ Glenstone Ave |

| License Plate | Vehicle Description | Date / Time Captured | Network Name | Device Name |
| --- | --- | --- | --- | --- |
|  9NGC461 | Mazda, SUV, Black | 4/29/2026, 4:35:32 PM | Springfield MO PD | #12 Campbell Ave NB @ College St |
|  9NGC461 | Mazda, SUV, Blue | 4/29/2026, 3:57:27 PM | Springfield MO PD | #17 Campbell Ave SB @ Battlefield Rd |
|  9NGC461 | Mazda, SUV, Black | 4/29/2026, 11:22:33 AM | Billings MO PD | F#002 US Highway 60 N @ Rose Hill Rd WB |
|  9NGC461 | Mazda, SUV, Black | 4/29/2026, 11:18:52 AM | Billings MO PD | F#001 S Marian St @ US Highway 60 EB |
|  9NGC461 | Mazda, Sedan, Black | 4/27/2026, 10:55:05 PM | Sapulpa OK PD | #03 Hwy 97 @ QT SB |

| License Plate | Vehicle Description | Date / Time Captured | Network Name | Device Name |
|---|---|---|---|---|
|  9NGC461 | Mazda, SUV, Black | 4/27/2026, 5:54:20 PM | Texas DPS - Statewide LPR | F#0105 - I-40 (EB) before Oklahoma Border (LR) |
|  9NGC461 | Sedan, Blue | 4/27/2026, 3:33:33 PM | Amarillo PD TX | Western/IH-40 SB |
|  9NGC461 | Land_Rover, SUV, Unknown | 4/26/2026, 10:11:56 PM | Edgewood NM PD (LPR) | F#002 I-40 Offramp EB |
|  9NGC461 | Mazda, SUV, Black | 4/26/2026, 6:00:26 PM | Milan NM PD | #04 Horizon WB toward Petro |
|  9NGC461 | Mazda, SUV, Black | 4/23/2026, 1:21:53 PM | Miami OK PD | F#010 US 69 @ NE Veterans Blvd SB - P006 |

| License Plate | Vehicle Description | Date / Time Captured | Network Name | Device Name |
|---|---|---|---|---|
|  9NGC461 | Mazda, SUV, Black | 4/23/2026, 12:05:50 PM | Miami OK PD | F#013 N Main St @ NE Veterans Blvd NB- P008 |
|  9NGC461 | Mazda, SUV, Black | 4/23/2026, 9:14:12 AM | Ozarks Drug Enforcement Team MO | #05 Downstream Roundabout (Joplin) |
|  9NGC461 | Mazda, SUV, Blue | 4/19/2026, 5:01:10 PM | Barry County MO SO | F#004 29 @ FR 2030 SB |
|  9NGC461 | Mazda, SUV, Blue | 4/18/2026, 7:09:30 PM | Sapulpa OK PD | #03 Hwy 97 @ QT SB |
|  9NGC461 | Mazda, SUV, Black | 4/18/2026, 5:47:11 PM | Oklahoma City PD OK | #27 May NB from I-240 |

| License Plate | Vehicle Description | Date / Time Captured | Network Name | Device Name |
|---|---|---|---|---|
|  9NGC461 | Mazda, SUV, Black | 4/18/2026, 5:44:10 PM | Oklahoma City PD OK | #27 May NB from I-240 |
|  9NGC461 | Mazda, SUV, Blue | 4/18/2026, 4:36:29 PM | Oklahoma City PD OK | #76 Western SB from SW 29th |
|  9NGC461 | Mazda, SUV, Silver/grey | 4/16/2026, 1:32:19 AM | Coconino AZ SO | F#016 CR505 WB @MP441-442 |
|  9NGC461 | Mazda, SUV, Black | 4/14/2026, 11:55:42 AM | Monett MO PD | #01 Hwy 60 @ Kyler St. WB |