# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images







Image Captured
**05-10-26 at 19:33:03 CDT**
**05-11-26 at 00:33:03 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | CX-50 |
| Color: | Gray |

#### Camera Info

| | |
|---|---|
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| User: | Freddie Alaniz |
| System: | Unit 1560 |
| Camera: | Driver Front |
| Type: | CDMS Mobile Camera |

| | |
|---|---|
| Nearest Address: | 19011 E Admiral Pl, Catoosa, OK 74015, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 36.16244000, -95.76385000 |

**Disclaimer: The address listed above is ONLY an estimate.**

Created By:

| | |
|---|---|
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

Exhibit
4

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images







Image Captured
**05-10-26 at 19:33:00 CDT**
**05-11-26 at 00:33:00 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | CX-50 |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| User: | Aaron Moody |
| System: | Unit 1549 |
| Camera: | Camera 1 |
| Type: | CDMS Mobile Camera |

| | |
|---|---|
| Nearest Address: | 19011 E Admiral Pl, Catoosa, OK 74015, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 36.16241000, -95.76392000 |

**Disclaimer: The address listed above is ONLY an estimate.**

Created By:
Agency: Tulsa County Sheriffs Office - Interdiction (OK)
Agency Manager Mike Heisten
Date Created: 05-11-26

MOTOROLA SOLUTIONS

VehicleManager

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images







Image Captured
**05-10-26 at 18:20:19 CDT**
**05-10-26 at 23:20:19 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | CX-50 |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| User: | Freddie Alaniz |
| System: | Unit 1560 |
| Camera: | Driver Front |
| Type: | CDMS Mobile Camera |

| | |
|---|---|
| Nearest Address: | 19123 E Admiral Pl, Catoosa, OK 74015, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 36.16244000, -95.76350000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images







Image Captured
**05-10-26 at 18:19:42 CDT**
**05-10-26 at 23:19:42 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | CX-50 |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| User: | Freddie Alaniz |
| System: | Unit 1560 |
| Camera: | Pass Drive |
| Type: | CDMS Mobile Camera |

| | |
|---|---|
| Nearest Address: | 18351 E Admiral Pl, Catoosa, OK 74015, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 36.16245000, -95.77148000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images






Image Captured
**05-10-26 at 18:17:18 CDT**
**05-10-26 at 23:17:18 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | CX-50 |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| User: | Freddie Alaniz |
| System: | Unit 1560 |
| Camera: | Pass Drive |
| Type: | CDMS Mobile Camera |

| | |
|---|---|
| Nearest Address: | 66 N 145th E Ave, Tulsa, OK 74116, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 36.16253000, -95.81669000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

VehicleManager

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images







Image Captured
**05-10-26 at 18:15:47 CDT**
**05-10-26 at 23:15:47 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | CX-50 |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| User: | Freddie Alaniz |
| System: | Unit 1560 |
| Camera: | Driver Front |
| Type: | CDMS Mobile Camera |

| | |
|---|---|
| Nearest Address: | 12120 E Skelly Dr, Tulsa, OK 74128, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 36.15272000, -95.84074000 |

**Disclaimer: The address listed above is ONLY an estimate.**

Created By:

| | |
|---|---|
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

VehicleManager

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images






Image Captured
**05-10-26 at 18:11:31 CDT**
**05-10-26 at 23:11:31 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | CX-50 |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| User: | Aaron Moody |
| System: | Unit 1549 |
| Camera: | Camera 1 |
| Type: | CDMS Mobile Camera |

| | |
|---|---|
| Nearest Address: | 6520 E Skelly Dr, Tulsa, OK 74145, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 36.10817000, -95.90378000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| Created By: | |
|---|---|
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

VehicleManager

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images






Image Captured
**05-10-26 at 07:17:25 MDT**
**05-10-26 at 13:17:25 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Kia |
| Model: | Sportage |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | New Mexico State Police (NM) |
| User: | EB-I40-MP357-SanJon-L5F |
| System: | EB-I40-MP357-SanJon-L5F |
| Camera: | EB_I40_MP357_SanJon_Ln1 |
| Type: | CDFS Fixed Camera |

| | |
|---|---|
| Nearest Address: | 35750 I-40, San Jon, NM 88434, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 35.11237000, -103.30120000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

VehicleManager

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images






Image Captured
**05-10-26 at 00:27:10 MDT**
**05-10-26 at 06:27:10 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | Mazda3 |
| Color: | Gray |

#### Camera Info

| | |
|---|---|
| Agency: | New Mexico State Police (NM) |
| User: | EB I40 at MP 170 Carnuel |
| System: | EB-I40-MP170-Carnuel-L5F |
| Camera: | EB_I40_MP170_Carnuel_Ln1 |
| Type: | CDFS Fixed Camera |

| | |
|---|---|
| Nearest Address: | 16924 Frontage Rd, Albuquerque, NM 87123, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 35.06278000, -106.46770000 |

**Disclaimer: The address listed above is ONLY an estimate.**

Created By:

| | |
|---|---|
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images






Image Captured
**05-10-26 at 00:11:44 MDT**
**05-10-26 at 06:11:44 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | Mazda3 |
| Color: | Gray |

#### Camera Info

| | |
|---|---|
| Agency: | New Mexico State Police (NM) |
| User: | EB I40 MP149 Atrisco Vista |
| System: | EB-I40-MP149-Atrisco-Vista-L5F |
| Camera: | EB_I40_MP149_Atrisco_Vista_Ln2 |
| Type: | CDFS Fixed Camera |

| | |
|---|---|
| Nearest Address: | I-40, Albuquerque, NM 87121, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 35.06509000, -106.78720000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

VehicleManager

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images






Image Captured

**05-09-26 at 19:08:50 MDT**

**05-10-26 at 01:08:50 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | Cx-3 |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | New Mexico State Police (NM) |
| User: | EB I-40 at MP11 Gallup L5F |
| System: | EB-I40-MP11-Gallup-L5F |
| Camera: | EB I40 MP11 (Gallup) L5F |
| Type: | CDFS Fixed Camera |

| | |
|---|---|
| Nearest Address: | I-40, Gallup, NM 87301, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 35.47834000, -108.91670000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images







Image Captured
**05-09-26 at 10:46:20 PDT**
**05-09-26 at 17:46:20 UTC**

### Detection Data

| Vehicle Info | | Camera Info | |
|---|---|---|---|
| Plate: | 9NGC461 | Agency: | Kingman Police Department (AZ) |
| Reg.State: | California | User: | 60100-603720 |
| Make: | Mazda | System: | 60100-603720 |
| Model: | Mazda3 | Camera: | I-40 EB CA State Line - MAGNET |
| Color: | Gray | Type: | Standalone Camera |

| | |
|---|---|
| Nearest Address: | 15130 County Rd 66, Topock, AZ 86436, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 34.71757000, -114.48450000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images






Image Captured
**05-07-26 at 17:07:59 MST**
**05-08-26 at 00:07:59 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Kia |
| Model: | Sportage |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | Arizona Department of Public Safety |
| User: | AZDPS Canine Trailer 2 |
| System: | AZDPS Canine Trailer 2 |
| Camera: | I-40 MP 292 W/B Cam2 |
| Type: | CDFS Fixed Camera |

| | |
|---|---|
| Nearest Address: | I-40, Holbrook, AZ 86025, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 34.97367000, -110.08650000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images






Image Captured
**05-07-26 at 17:10:09 MDT**
**05-07-26 at 23:10:09 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Nissan |
| Model: | Murano |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | New Mexico State Police (NM) |
| User: | WB I-40 at MP13 Gallup L5F |
| System: | WB-I40-MP13-Gallup-L5F |
| Camera: | WB_I40_MP13_Gallup_Ln1 |
| Type: | CDFS Fixed Camera |

| | |
|---|---|
| Nearest Address: | 20 B Salt Water Wash Rd, Gallup, NM 87319, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 35.48896000, -108.89340000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images







Image Captured
**05-07-26 at 17:10:07 MDT**
**05-07-26 at 23:10:07 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | Mazda6 |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | New Mexico State Police (NM) |
| User: | WB I-40 at MP13 Gallup L5F |
| System: | WB-I40-MP13-Gallup-L5F |
| Camera: | WB_140_MP13_Gallup_FrontPlate |
| Type: | CDFS Fixed Camera |

| | |
|---|---|
| Nearest Address: | 20 B Salt Water Wash Rd, Gallup, NM 87319, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 35.48896000, -108.89340000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images







Image Captured
**05-07-26 at 13:41:31 MDT**
**05-07-26 at 19:41:31 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | Mazda3 |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | New Mexico State Police (NM) |
| User: | WB I40 MP149 Atrisco Vista |
| System: | WB-I40-MP149-Atrisco-Vista-L5F |
| Camera: | WB_I40_MP149_Atrisco_Vista_Ln2 |
| Type: | CDFS Fixed Camera |

| | |
|---|---|
| Nearest Address: | 12700 Frontage Rd, Albuquerque, NM 87121, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 35.06496000, -106.78830000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

VehicleManager

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images






Image Captured
**05-07-26 at 11:28:21 MDT**
**05-07-26 at 17:28:21 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Maserati |
| Model: | Ghibli |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | New Mexico State Police (NM) |
| User: | WB I40 at MP 170 Carnuel |
| System: | WB-I40-MP170-Carnuel-L5F |
| Camera: | WB_I40_MP170_Carnuel_Ln1 |
| Type: | CDFS Fixed Camera |

| | |
|---|---|
| Nearest Address: | 16924 Frontage Rd, Albuquerque, NM 87123, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 35.06306000, -106.46770000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images



[redacted]

Image Captured
**05-07-26 at 03:17:00 MDT**
**05-07-26 at 09:17:00 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | Mazda3 |
| Color: | Gray |

#### Camera Info

| | |
|---|---|
| Agency: | New Mexico State Police (NM) |
| User: | WB I-40 at MP359 San Jon L5F |
| System: | WB-I40-MP359-SanJon-L5F |
| Camera: | WB I40 MP359 (San Jon) L5F |
| Type: | CDFS Fixed Camera |

| | |
|---|---|
| Nearest Address: | 304 Quay Rd 58.5, Bard, NM 88411, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 35.11427000, -103.27840000 |

**Disclaimer: The address listed above is ONLY an estimate.**

Created By:
Agency: Tulsa County Sheriffs Office - Interdiction (OK)
Agency Manager Mike Heisten
Date Created: 05-11-26

MOTOROLA SOLUTIONS

VehicleManager

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images






Image Captured
**05-07-26 at 01:23:53 CDT**
**05-07-26 at 06:23:53 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Nissan |
| Model: | 370Z |
| Color: | Black |

#### Camera Info

| | |
|---|---|
| Agency: | Wheeler County Sheriffs Office (TX) |
| User: | Wheeler CO TX SO LPR Trl 1 |
| System: | Wheeler CO TX US LPR Trl1 |
| Camera: | IH-40 mm 162 W/B |
| Type: | CDFS Fixed Camera |

| | |
|---|---|
| Nearest Address: | 6PHJ+9C Shamrock, TX, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 35.22849000, -100.26890000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images







Image Captured
**05-02-26 at 20:44:23 CDT**
**05-03-26 at 01:44:23 UTC**

### Detection Data

| Vehicle Info | | Camera Info | |
|---|---|---|---|
| Plate: | 9NGC461 | Agency: | HERNANDO POLICE DEPT (MS) |
| Reg.State: | California | User: | I69 WB |
| Make: | Mazda | System: | I69 WB |
| Model: | Mazda3 | Camera: | I269 WB @ Douglas Road |
| Color: | Gray | Type: | Standalone Camera |

Nearest Address: 660 Douglas Rd, Hernando, MS 38632, USA
Nearest Intersection:
Latitude, Longtitude: 34.86967000, -89.92539000

**Disclaimer: The address listed above is ONLY an estimate.**

Created By:
Agency: Tulsa County Sheriffs Office - Interdiction (OK)
Agency Manager Mike Heisten
Date Created: 05-11-26

MOTOROLA SOLUTIONS

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images







Image Captured
**05-02-26 at 13:13:58 CDT**
**05-02-26 at 18:13:58 UTC**

### Detection Data

| Vehicle Info | | Camera Info | |
|---|---|---|---|
| Plate: | 9NGC461 | Agency: | Hoover Police Department |
| Reg.State: | California | User: | 60105-600490 |
| Make: | Mazda | System: | 60105-600490 |
| Model: | Cx-30 | Camera: | HEFLIN I-20 |
| Color: | Black | Type: | Standalone Camera |

Nearest Address: I-20, Heflin, AL 36264, USA
Nearest Intersection:
Latitude, Longtitude: 33.62266500, -85.60289000
**Disclaimer: The address listed above is ONLY an estimate.**

Created By:
Agency: Tulsa County Sheriffs Office - Interdiction (OK)
Agency Manager Mike Heisten
Date Created: 05-11-26

MOTOROLA SOLUTIONS

# Vehicle Detection Report

License Plate Number: **9NGC461**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS

# Vehicle Detection Report

## License Plate Number: **9NGC461**

### Detection Mapping







### Vehicle Images







Image Captured
**05-01-26 at 09:07:10 CDT**
**05-01-26 at 14:07:10 UTC**

### Detection Data

#### Vehicle Info

| | |
|---|---|
| Plate: | 9NGC461 |
| Reg.State: | California |
| Make: | Mazda |
| Model: | Mazda3 |
| Color: | Gray |

#### Camera Info

| | |
|---|---|
| Agency: | HERNANDO POLICE DEPT (MS) |
| User: | I 55 SB |
| System: | I 55 SB |
| Camera: | I55 SB @ Star Landing |
| Type: | Standalone Camera |

| | |
|---|---|
| Nearest Address: | W245+7C Southaven, MS, USA |
| Nearest Intersection: | |
| Latitude, Longtitude: | 34.90569000, -89.99142000 |

**Disclaimer: The address listed above is ONLY an estimate.**

| | |
|---|---|
| Created By: | |
| Agency: | Tulsa County Sheriffs Office - Interdiction (OK) |
| Agency Manager | Mike Heisten |
| Date Created: | 05-11-26 |

MOTOROLA SOLUTIONS