**DEFENSE EXHIBIT 5**

Dash Cam Outward 19300 E I-44-2

(PROVIDED ON FLASH DRIVE TO COURT CLERK)