**DEFENSE EXHIBIT 6**

Body Cam 19300_E_I-44-3

(PROVIDED ON FLASH DRIVE TO COURT CLERK)