**DEFENSE EXHIBIT 7**

Recording 2026-07-06 105022

(PROVIDED ON FLASH DRIVE TO COURT CLERK)