


Exhibit
9