


Exhibit
10