**DEFENSE EXHIBIT 11**

Dash Cam Inward 19300 E I-44

(PROVIDED ON FLASH DRIVE TO COURT CLERK)