Brochure




# VehicleManager

## Transform license plates into leads

MOTOROLA SOLUTIONS

Exhibit 20




# Data is cumbersome. Intelligence is actionable.

License plate recognition (LPR) data alone solves nothing. It is only with analysis that it can reveal patterns, trends and associations which generate leads and close cases.

Take your agency beyond simple license plate recognition and hot list alerts in order to find vehicles of interest faster. VehicleManager is a vehicle location intelligence solution that builds upon the basics of license plate recognition with patented, powerful analytics which help your team instantly transform LPR data into actionable intelligence.

## Find the needle in the haystack

Easily search for, find and review the location history of a vehicle of interest and determine where it may be located in the future.

## Discover new vehicle leads

Jumpstart your investigation by identifying vehicles you may not have known were connected to each other or specific locations.

## Heighten your awareness

Configure and share hot lists and alerts for vehicles of interest to your team. Receive alerts and access tools anywhere.

# Find the needle in the haystack

Easily search for, find and review the location history of a vehicle of interest and determine where it may be located in the future. VehicleManager provides complete and partial plate search capabilities with date and time filters to focus on detections that are most relevant. Detection data is intuitively displayed in a timeline view as well as on a map with integrated Google Street View. And when you're ready to intercept your vehicle of interest, VehicleManager provides a best-address location and time-of-day, day-of-week heat map to determine when the vehicle is most likely to be there.

## Find a suspect on the run

By utilizing advanced analytics you can use historical vehicle location data to determine potential locations they might be hiding out and when to intercept them.

## Confirm a hit & run vehicle

Even with a partial plate, run a search for a vehicle. Results include a full vehicle image that can be used to verify with a witness a vehicle they saw involved in a hit and run.

## Expedite your analysis

For CommandCentral Records users, when a vehicle is added to an incident report, an indicator will appear if detections exist and allow you to open up a plate search result with one click.






# Discover new vehicle leads

Jumpstart your investigation by identifying vehicles you may not have known were connected to each other or specific locations. Our location-based searching capabilities allow you to create a geo-fence, set a time and date range and even apply vehicle year, make, model and color filters to find a vehicle that has frequented a specific area. Even search across locations to find a vehicle common to multiple areas. Looking for multiple vehicles? Once you've identified your vehicle of interest, use advanced analytics to determine others which have been sighted parked near or traveling with your target vehicle.

## Stop burglary series

Common plate analysis can help you generate a suspect lead by identifying a vehicle which has been previously sighted at the various locations of a series of burglaries

## Combat drug trafficking

Using convoy analysis, easily identify vehicles travelling together as part of a trafficking convoy so you can generate new leads, establish connections and build a stronger case.

## Disrupt a car theft ring

Leveraging associate analysis, identify vehicles who have been seen together so you can verify a potential accomplice and getaway car used during a string a vehicles thefts.




VehicleManager Alerts




VehicleManager Mobile App

# Heighten your awareness

Configure hot lists and alerts for vehicles of interest to your agency and partner agencies. Hot list creation can be done at the individual, group or agency level with provisions for who has access. To enhance collaboration with law enforcement partners, you can also share and subscribe to hot lists. To receive alerts when a hot listed vehicle is detected, you have various options at your disposal.

- Officers on patrol can receive alerts on their in-car LPR software or on their smartphone with push notifications from VehicleManager Mobile.
- Dispatch can use our dedicated web-based interface, VehicleManager Alerts, to receive alerts and send units to respond.
- Detectives and command staff can receive alerts via text or email or download VehicleManager Mobile for push notifications.
- Real-time crime center analysts with CommandCentral Aware can receive alerts on their map and incident monitor.

Receive an alert and want to do some additional investigation? VehicleManager is cloud-based and available on desktop or mobile, so it can be accessed from anywhere you have an internet connection and through any device.

# Control your systems & data

Beyond advanced search, analysis and alerting, VehicleManager is designed to keep you in complete control of your systems and data. Manage your Motorola Solutions LPR camera systems as well as integrate LPR data from other systems all in one place. Additionally, choose how long your data is retained based on your local law and regulations, not our rules. Lastly, our data sharing capabilities, with built-in memorandum of understanding (MOU) templates enables you to better collaborate with other law enforcement agencies as well as local business partners.

## Camera network

Collect detection data from any LPR camera systems.

## Data retention

Set retention rules based on what works for you - not us.

## Data sharing

“Grow” your network with business partners.



**3,734+**
Agencies and business partners capable of data sharing

**100.1M+**
daily detections from agency and business partners

**850K+**
Daily hot list alerts initiated for vehicles of interest

Not ready to build your own LPR camera network? Start with just VehicleManager Mobile for LPR data capture on any Android or iOS device, or just subscribe to VehicleManager and access shared data from other law enforcement agencies and businesses.






# Streamline investigations with AI-powered Search Assist

Streamline your vehicle investigations and find critical information faster with AI-powered Search Assist. This AI-powered tool enhances traditional search methods with natural language search.

Simply type a description of the desired vehicle (e.g., “Gray Chevy Tahoe seen this morning” or “pickup truck with a ladder rack”) into the intuitive Assist panel. The conversational interface helps iteratively refine the search with additional details, speeding up the process of locating vehicles of interest - even without a license plate.

AI-powered Search Assist operates exclusively and securely on your agency’s data within VehicleManager, and all queries are fully auditable for transparency.

## No license plate? No problem.

Find vehicles without a license plate. Just describe the vehicle of interest in natural language - make, model, color - and Assist will find (and map) matching images.

## But don’t stop there...

Assist AI recognizes additional aspects of the vehicle - like accessories, damage, and promotional writing or bumper stickers - to help narrow your search.

## Focus your search with geoboundaries

If you’re focused on a particular geographic region, simply draw the boundary on the map. This narrows the search results to just vehicles spotted in that area.

## Vehicle environment context

Assist AI recognizes the vehicle’s surroundings. If you’re looking for a vehicle spotted on a highway or near a park, you can further refine the results.

Case 4:26-cr-00189-SEH Document 47-20 Filed in USDC ND/OK on 08/03/26 Page 8 of 9



# Build a safer city with license plate recognition

To do license plate recognition well, you need the right tools for the job. With fixed, mobile, trailer and quick-deploy camera systems, video-based integration and even mobile apps, you have options and flexibility to capture the license plate data you need. All of these are equipped with our in-house developed, industry-leading LPR algorithm that is relied upon by law enforcement agencies worldwide.

Beyond ensuring you can collect the data you need, VehicleManager combines robust hot list management and alerting options with patented search and data analytics to equip your team with the insights they need to close more cases, faster.

Our software also keeps you in complete control of your data and systems. You are the sole owner of your cameras and data, and the manager of your data retention policies, in accordance with applicable statutory or legal restrictions. Our license plate recognition portfolio is designed for secure and responsible use.

Finally, to help you get the full benefit from your system, you also have access to 24/7 support and free in-person, on-demand and virtual training courses. Our expert trainers are all former users of the system, and can provide the real-world guidance to help you succeed.



To learn more, visit:
motorolasolutions.com/vehiclemanager

MOTOROLA SOLUTIONS

Motorola Solutions, Inc. 500 West Monroe Street, Chicago, IL 60661 U.S.A. motorolasolutions.com

MOTOROLA, MOTO, MOTOROLA SOLUTIONS and the Stylized M Logo are trademarks or registered trademarks of Motorola Trademark Holdings, LLC and are used under license. All other trademarks are the property of their respective owners. ©2026 Motorola Solutions, Inc. All rights reserved. 02-2026 [ES01]