**DEFENSE EXHIBIT 21**

**DOCUMENT FILED UNDER SEAL**