FILED

AUG 0 3 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No.** 26-CR-189-SEH |
| **MELISA SUSAN KYLE,**<br>**a/k/a "Melisa Susan Vodden,"** | |
| **Defendant.** | |

**ACCOMPANYING EXHIBITS TO DEFENDANT MELISA SUSAN KYLE'S OPPOSED MOTION TO SUPPRESS**

COMES NOW Defendant, Melisa Susan Kyle, by and through her counsel of record, and hereby submits four (4) digital exhibits to accompany Ms. Kyle's motion, filed with this Court on August 3, 2026:

1. Defendant's Exhibit 5 – Dash Cam Outward 19300_E_I-44-2;
2. Defendant's Exhibit 6 – Body Cam 19300_E_I-44-3;
3. Defendant's Exhibit 7 –Recording 2026-07-06 105022; and
4. Defendant's Exhibit 11 – Dash Cam Inward 19300 E I-44

These files are submitted to the Court on August 3, 2026.

Respectfully submitted,

OFFICE OF THE FEDERAL PUBLIC DEFENDER

JULIA L. O'CONNELL, FEDERAL PUBLIC DEFENDER

By: ______________________________

Robert S. Williams, OBA No. 19974
ASSISTANT FEDERAL PUBLIC DEFENDER
One West Third Street, Suite 1225
Tulsa, Oklahoma 74103
(918) 581-7656
Robert_Williams@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August 2026, I delivered by hand the foregoing document and associated files to the Clerk of the Court, Judge Heil's Chambers, and submitted a copy of the same by hand to the following ECF registrant(s):

Tyson McCoy, AUSA
Reagan Reininger, AUSA
UNITED STATES ATTORNEYS OFFICE

Robert S. Williams,
ASSISTANT FEDERAL PUBLIC DEFENDER

# ITEM NOT IMAGED

- ☐ CD/DVD
- ☒ FLASH DRIVE
- ☐ WALLET DRIVE
- ☐ OTHER: ____________________

The above referenced item has not been imaged and may be available at the Court Clerk's Office.

***U.S. v. KYLE***
26-CR-189-SEH
MEDIA EXHIBITS - MOTION TO SUPPRESS

