Am/Am

FILED

AUG 1 1 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MELISA SUSAN KYLE,**<br><br>**Defendant.** | **Case No. 26-CR-189-SEH** |

**Exhibits 1-3**

**Opposition to Defendant's Motion to Suppress (Dkt #50)**

Respectfully submitted,


CLINTON J. JOHNSON
UNITED STATES ATTORNEY

Tyson McCoy, CABA No. 270782
Assistant United States Attorney
Northern District of Oklahoma
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
918.382.2700

# ITEM NOT IMAGED

- ☐ CD/DVD
- ☒ FLASH DRIVE
- ☐ WALLET DRIVE
- ☐ OTHER: ____________________

The above referenced item has not been imaged and may be available at the Court Clerk's Office.

**U.S. Department of Justice**
United States Attorneys Office
*Northern District of Oklahoma*

*110 West 7th Street, Suite 300*
*Tulsa, Oklahoma 74119-1013*

Official Business

U.S. v. Melisa Kyle
26-CR-189-SEH

