**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Melisa Susan Kyle,<br>Defendant(s). | Case No.: 26-cr-00189-SEH-1<br>Date: 8/18/2026<br>Court Time: 9:29 a.m. to 9:34 a.m.<br>**MINUTE SHEET – PRETRIAL CONF** |

Sara E. Hill U.S. District Judge    L. Lewis, Deputy Clerk    Winston Brown, Reporter

Counsel for Plaintiff: Tyson John McCoy
Counsel for Defendant: Robert Scott Williams, FPD

MINUTES: Case called for pretrial conference.

☒ Defendant present ☒ In Custody

☒ Parties request a continuance: ☒ Defendant motion
- ☒ Parties make oral motion
- ☒ Defendant(s) executes waiver of speedy trial
- ☒ Court will grant motion by separate order:
  - Pretrial: 9/22/2026
  - Trial: 10/5/2026

☒ In custody defendant remanded to USM

Additional Minutes: After discussion with counsel, the Court granted Defendant's oral motion and found that it is appropriate to extend the period of time under the Speedy Trial Act for taking the case to trial, and that the ends of justice are served by granting a continuance to allow an extra period of time to prepare this case for trial based upon the reasons stated on the record, such as the need for ruling on pending Motion to Suppress and additional time to go over next steps following the ruling. The ends of justice served by granting continuance outweigh the interests of the public as well as the defendant's interest in a speedy trial. **The time from 9/8/2026 to 10/5/2026 is excluded from speedy trial calculations**. The Court finds that the defendant has freely and voluntarily waived her right to a speedy trial for the period outlined in the waiver.