**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br><br>Melisa Susan Kyle<br>Defendant. | Case No.: 26-cr-00189-SEH-1<br><br>**WAIVER OF SPEEDY TRIAL** |

The Defendant, Melisa Susan Kyle ("Defendant") acknowledges that he/she has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his/her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of his/her jury trial from Sept. 8, 2026 to October 5, 2026 be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

Defendant [signature] Date 8/18/2026

I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

Attorney for Defendant [signature] Date 8/18/2026