**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Melisa Susan Kyle ,<br>Defendant(s). | Case No.: 26-cr-00189-SEH-1<br>Date: 8/27/2026<br>Court Time: 1:06 p.m. to 2:39 p.m.<br>2:56 p.m. to 4:14 p.m.<br>**MINUTE SHEET - MISCELLANEOUS** |

Sara E. Hill, U.S. District Judge L. Lewis, Deputy Clerk Winston Brown, Reporter Crt Rm 3

Counsel for Plaintiff: Tyson John McCoy
Counsel for Defendant: Robert Scott Williams, FPD
USPO: Not present

Minutes: Case called for evidentiary hearing regarding Defendant's Opposed Motion to Suppress [ECF No. 47]; Defendant present and in custody; Government Exhibits 1-3 and Defendant's Exhibits 1-29 admitted. After discussion with the parties, Defendant's exhibit 28 to be filed under seal; Argument heard, witnesses sworn and testimony given; Defendant remanded to the custody of USM.