**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Case No. 26-CR-189-SEH**

**MELISA SUSAN KYLE**
**a/k/a "Melisa Susan Vodden,"**

**Defendant.**

**Witness List for Motion Hearing**

**Submitted by Attorney:** Tyson McCoy, Assistant United States Attorney

**Party Represented:** Plaintiff

| No | Name (Do NOT Include Addresses) | Date/Time of Testimony (To Be Completed By Clerk) |
|---|---|---|
| 1. | TCSO Deputy Freddie Alaniz | 8/27/26 1:08 p.m. – 2:39 p.m.; 2:56 p.m. – 3:53 p.m. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Submit to Courtroom Deputy (Do NOT File)