IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MELISA SUSAN KYLE
a/k/a "Melisa Susan Vodden,"

Defendant.

Case No. 26-CR-189-SEH

**Exhibit List for Motion Hearing**

**Submitted by Attorney:** AUSA, Tyson McCoy

**Party Represented:** Plaintiff

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 1 | ✓ | | ✓ | Deputy Alaniz Dash Cam Video (Dkt. 50-1) |
| 2 | ✓ | | ✓ | Deputy Alaniz Body Worn Camera Video (Dkt. 50-2) |
| 3 | ✓ | | ✓ | Deputy Alaniz Patrol Vehicle Interior Camera Video (Dkt. 50-3) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Submit to Courtroom Deputy (Do NOT File)