# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

Plaintiff(s),

vs. Case Number: 26-CR-189-SEH

MELISA SUSAN KYLE,
a/k/a "Melisa Susan Vodden,"

Defendant(s).

## WITNESS LIST FOR EVIDENTIARY HEARING

Defendant MELISA SUSAN KYLE, by and through her attorney Robert S. Williams, Assistant Federal Public Defender, submits her Witness List.

**SUBMITTED BY ATTORNEY:** Robert S. Williams

**PARTY REPRESENTED:** Defendant, Melisa Susan Kyle

| No | Name (Do NOT Include Addresses) | Date/Time of Testimony (To Be Completed By Clerk) |
|---|---|---|
| 1 | Matt Davis, FPD Investigator | 8/27/26 3:54 p.m. - 4:09 p.m. |
| 2 | Dallas Smith, FPD Chief Investigator | |
| 3 | All government witnesses | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Submit to Courtroom Deputy (Do NOT File)