# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

Plaintiff(s),

vs.

Case Number: 26-CR-189-SEH

MELISA SUSAN KYLE,
a/k/a "Melisa Susan Vodden,"

Defendant(s).

## EXHIBIT LIST FOR EVIDENTIARY HEARING

Defendant MELISA SUSAN KYLE, by and through her attorney Robert S. Williams, Assistant Federal Public Defender, submits her Exhibit List.

**SUBMITTED BY ATTORNEY:** Robert S. Williams

**PARTY REPRESENTED:** Defendant, Melisa Susan Kyle

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 1 | ✓ | | ✓ | TCSO Police Report from stop on 5/10/2026 |
| 2 | ✓ | | ✓ | EMAIL re: Alaniz input SUV plate and search terms in Flock and Vehicle Manager systems |
| 3 | ✓ | | ✓ | Flock Safety Report |
| 4 | ✓ | | ✓ | Vehicle Manager Report |
| 5 | ✓ | | ✓ | MEDIA Dash cam outward 19300 E I-44-2 |
| 6 | ✓ | | ✓ | MEDIA Body cam 19300_E_I-44-3 |
| 7 | ✓ | | ✓ | MEDIA Recording 2026-07-06 105022 |
| 8 | ✓ | | ✓ | FHA Manual on Uniform Traffic Control Devices 11th Edition |
| 9 | ✓ | | ✓ | I-44 Length_100 feet |
| 10 | ✓ | | ✓ | 100 feet_I-44 and 193rd East Ave |
| 11 | ✓ | | ✓ | MEDIA Dash cam inward 19300_E_I44 |
| 12 | ✓ | | ✓ | Article re: LAPD renegotiating deal with Flock Safety |
| 13 | ✓ | | ✓ | Article re: Flock Safety Crosses 100k Cams |
| 14 | ✓ | | ✓ | Article re: Flock Police Cameras Scan Billions per Month |
| 15 | ✓ | | ✓ | Article re: When Flock Surveillance Comes to Your Town |

| | | | | |
|---|---|---|---|---|
| 16 | ✓ | | ✓ | Article re: Surveillance Cameras Legality Questioned |
| 17 | ✓ | | ✓ | Okla. Sta. tit. 47 § 7-606.1(A) Oklahoma's Compulsory Insurance Law |
| 18 | ✓ | | ✓ | OK State ruling re: use of ALPR for anything other than insurance |
| 19 | ✓ | | ✓ | Article re: AI Startup Flock Thinks It Can Eliminate All Crime |
| 20 | ✓ | | ✓ | Vehicle Manager brochure |
| 21 | ✓ | | ✓ | TCSO ALPR Policy |
| 22 | ✓ | | ✓ | Roadway Measurement Starting Point |
| 23 | ✓ | | ✓ | Rolatape Starting Distance Count Zero |
| 24 | ✓ | | ✓ | Roadway Measurement Ending Point |
| 25 | ✓ | | ✓ | Rolatape Ending Distance Count 100 Feet |
| 26 | ✓ | | ✓ | View Looking Back to Start Point from End Point |
| 27 | ✓ | | ✓ | MEDIA Video of Roadway Measurement |
| 28 | ✓ | | ✓ | Joplin PD Letter (filed under seal) |
| 29 | | | | Any exhibit listed by Government not objected to by Defense |
| 30 | | | | Exhibits necessary for impeachment purposes |
| 29 | ✓ | | ✓ | map |

Submit to Courtroom Deputy (Do NOT File)