**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MELISA SUSAN KYLE,**<br>**a/k/a "Melisa Susan Vodden,"**<br><br>**Defendant.** | **Case No. 26-CR-189-SEH** |

**Notice Regarding Forfeiture and Motion to Withdraw**

The United States of America hereby provides notice to the Court that the Northern District of Oklahoma is no longer pursuing criminal forfeiture of the identified asset.

The United States further moves this Court for an order allowing AUSA Reagan V. Reininger to withdraw as counsel of record in the above-entitled action. AUSA Reininger's appearance as counsel was limited to the prosecution of forfeiture matters. *Dkt. # 25.* Assistant United States Attorney Tyson McCoy remains as counsel for the government.

WHEREFORE, the government respectfully requests that Assistant United States Attorney Reagan V. Reininger be permitted to withdraw in this matter.

Respectfully submitted,

CHRISTOPHER J. NASSAR
UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*

REAGAN V. REININGER, OBA #22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119
Telephone: (918) 382-2700
Email: reagan.reininger@usdoj.gov

**Certificate of Service**

I hereby certify that on September 18, 2026, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

*/s/ Susan Bigknife*

Susan Bigknife, Paralegal