**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Melisa Susan Kyle,<br>Defendant(s). | Case No.: 26-cr-00189-SEH-1<br>Date: 9/22/2026<br>Court Time: 9:37 a.m. to 9:38 a.m.<br>**MINUTE SHEET – PRETRIAL CONF** |

Sara E. Hill U.S. District Judge    L. Lewis, Deputy Clerk    Winston Brown, Reporter

Counsel for Plaintiff: Tyson John McCoy
Counsel for Defendant: Robert Scott Williams, FPD.

MINUTES: Case called for pretrial conference.

☒ Defendant present ☒ In Custody

☒ In custody defendant remanded to USM

Additional Minutes: Discussion held with counsel regarding status and pending motion. Case remains set for trial on 10/5/2026.